AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Souther District of Florida

| | |
|---|---|
| SPRINT COMMUNICATIONS, INC., <br><br> *Plaintiff(s)* <br> v. <br> STEPHEN CALABRESE, as an individual, NEXTEL, INC. d/b/a NEXTEL WORLDWIDE, RETROBRANDS USA LLC, and JEFFREY KAPLAN, as an individual, <br><br> *Defendant(s)* | Civil Action No. 0:18-cv-60788-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen Calabrese
604 Boca Marina Court
Boca Raton, Florida 33487

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sara F. Holladay-Tobias, Esq.
Emily Y Rottmann, Esq.
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Apr 12, 2018

*CLERK OF COURT*



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Souther District of Florida

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS, INC., | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 0:18-cv-60788-JEM |
| STEPHEN CALABRESE, as an individual, NEXTEL, INC. d/b/a NEXTEL WORLDWIDE, RETROBRANDS USA LLC, and JEFFREY KAPLAN, as an individual, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Jeffrey Kaplan
1171 Blount Road, Suite 203
Pompano Beach, Florida 33069

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sara F. Holladay-Tobias, Esq.
Emily Y Rottmann, Esq.
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Apr 12, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Souther District of Florida

| | |
|---|---|
| SPRINT COMMUNICATIONS, INC.,<br><br>*Plaintiff(s)*<br>v.<br>STEPHEN CALABRESE, as an individual, NEXTEL, INC. d/b/a NEXTEL WORLDWIDE, RETROBRANDS USA LLC, and JEFFREY KAPLAN, as an individual,<br><br>*Defendant(s)* | Civil Action No. 0:18-cv-60788-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nextel, Inc. d/b/a Nextel Worldwide
c/o Shawn C Synder, Registered Agent
7931 Orange Drive
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sara F. Holladay-Tobias, Esq.
Emily Y Rottmann, Esq.
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 12, 2018

*CLERK OF COURT*

Steven M. Larimore
Clerk of Court



**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Souther District of Florida

| | |
|---|---|
| SPRINT COMMUNICATIONS, INC.,<br><br>*Plaintiff(s)*<br>v.<br>STEPHEN CALABRESE, as an individual, NEXTEL, INC. d/b/a NEXTEL WORLDWIDE, RETROBRANDS USA LLC, and JEFFREY KAPLAN, as an individual,<br><br>*Defendant(s)* | Civil Action No. 0:18-cv-60788-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Retrobrands USA LLC
c/o Spiegel & Utrera, P.A.,
Registered Agent
1840 SW 22nd Street
4th Floor
Miami, FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sara F. Holladay-Tobias, Esq.
Emily Y Rottmann, Esq.
McGuireWoods LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  Apr 12, 2018



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts