UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60788-CIV-MARTINEZ/SNOW

SPRINT COMMUNICATIONS, INC.,

    Plaintiff/Counter-Defendant,

v.

STEPHEN CALABRESE, as an individual,
NEXTEL, INC. d/b/a NEXTEL WORLDWIDE,
RETROBRANDS USA LLC, and
JEFFREY KAPLAN, as an individual,

    Defendants/Counterclaimants.
_____/

## **ORDER**

    This matter is before the Court on Plaintiff's Motion to Compel (ECF No. 70), which was referred to the undersigned by the Honorable Jose E. Martinez, United States District Judge. (ECF No. 54) Plaintiff's Motion is 25 pages, which exceeds the 5 page limit set forth in the Court's General Order on Discovery Objections and Procedures. (ECF No. 55)[1] Accordingly, it is

    ORDERED and ADJUDGED that the Motion to Compel (ECF No. 70) is DENIED, without prejudice to refile a motion which complies with the Court's General Order on Discovery Objections and Procedures.

    DONE and ORDERED at Fort Lauderdale, Florida this 10th day of October, 2018.

                                         LURANA S. SNOW
                                         UNITED STATES MAGISTRATE JUDGE

Copies to:
 Counsel of Record

---

[1] In addition, Plaintiff's "Certificate of Compliance with Local Rule 7.1" fails to comply with S.D. Fla. L.R. 7.1(a)(3).