UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 18-60788-CIV-MARTINEZ-SNOW

SPRINT COMMUNICATIONS, INC.,

    Plaintiff,

vs.

STEPHEN CALABRESE, as an individual,
NEXTEL, INC. d/b/a NEXTEL
WORLDWIDE, RETROBRANDS USA LLC,
and JEFFREY KAPLAN, as an individual,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Plaintiff's Motion for Entry of a Preliminary Injunction with Incorporated Memorandum of Law ("Motion for Preliminary Injunction") [ECF No. 6]. Plaintiff's Motion for Preliminary Injunction was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, to take all necessary and proper action as required by law with respect to the motion [ECF No. 11]. Magistrate Judge Snow presided over a hearing on the Motion for Preliminary Injunction on May 8, 2018. After the hearing, on May 16, 2018, Defendants filed a Consolidated Motion to Strike Plaintiff's Improperly Introduced Evidence, for Leave to Obtain Limited Expedited Discovery and to Supplement the Preliminary Injunction Record ("Consolidated Motion") [ECF No. 40]. Both Plaintiff's Motion for Preliminary Injunction and Defendants' Consolidated Motion were fully briefed and within the scope of this Court's referral. Magistrate Judge Snow subsequently filed a Report and Recommendation [ECF No. 58], recommending that (1) Plaintiff's Motion for

Preliminary Injunction be DENIED and (2) Defendants' Consolidated Motion be DENIED as MOOT. The Court has reviewed the entire record, conducted a *de novo* review of Plaintiff's objections to Magistrate Judge Snow's Report and Recommendation [ECF No. 59], and is otherwise fully advised in the premises. Accordingly, after careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Snow's Report and Recommendation [ECF No. 58] is **AFFIRMED** and **ADOPTED**. Plaintiff's objections [ECF No. 59] are hereby **OVERRULED.** Accordingly, it is:

**ADJUDGED** that

1. Plaintiff's Motion for Entry of a Preliminary Injunction with Incorporated Memorandum of Law [ECF No. 6] is **DENIED** for the reasons stated in Magistrate Judge Snow's well-reasoned report.

2. Defendants' Consolidated Motion to Strike Plaintiff's Improperly Introduced Evidence, for Leave to Obtain Limited Expedited Discovery and to Supplement the Preliminary Injunction Record [ECF No. 40] is **DENIED as MOOT.**

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of November, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record