# EXHIBIT 2

Contains Confidential Portion
(Pages 161-165)

Page 1

1                         Kaplan
2              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
3             FORT LAUDERDALE DIVISION
4         CASE NO. 0:18-cv-60788 MARTINEZ/SNOW
5
6    SPRINT COMMUNICATIONS, INC.,
7           Plaintiff/Counterclaim Defendants,
8    v.
9    STEPHEN CALABRESE, NEXTEL, INC.,
     d/b/a NEXTEL WORLDWIDE,
10   RETROBRANDS USA LLC,
     JEFFREY KAPLAN, and
11   NEXTEL MOBILE WORLDWIDE, INC.,
12          Defendants/Counterclaim Plaintiffs.
13   _____/
14
                      January 16, 2019
15                    9:00 a.m. - 4:15 p.m.
                      5550 Glades Road
16                    Boca Raton, Florida
17      VIDEOTAPED DEPOSITION OF JEFFREY KAPLAN
                Individually and as 30(b)(6)
18
            *** CONTAINS CONFIDENTIAL PORTION ***
19                  (Pages 161-165)
20
21        Taken on behalf of the Plaintiffs before
22   Michael J. D'Amato, RMR, Notary Public in and for the
23   State of Florida at Large, pursuant to Notice of Taking
24   Deposition in the above cause.
25   Job # 153604

Contains Confidential Portion
(Pages 161-165)

Page 2

```
 1                        Kaplan
 2                        APPEARANCES

 3                        _____
 4     For the Plaintiff:
 5
               McGUIREWOODS
 6             Gateway Plaza
               800 East Canal Street
 7             Richmond, VA 23219
               BY: LUCY WHEATLEY, ESQ.
 8
 9
10     For the Defendants:
11
               ERICKSON KERNELL
12             8900 State Line Road
               Leawood, KS 66206
13             BY: JAMES KERNELL, ESQ.
14
               -AND-
15
               LEE & AMTZIS
16             5550 Glades Road
               Boca Raton, FL 33431
17             BY: WAYNE SCHWARTZ, ESQ.
18
19
20     Also Present: Thomas Olender, CLVS, videographer TSG
21
22
23
24
25
```

Contains Confidential Portion
(Pages 161-165)

Page 3

1                         Kaplan

2

3                       I N D E X

4    Witness                    Direct          Cross

5    JEFFREY KAPLAN

6      By Ms. Wheatley..........6

7

8    Certificate of Oath.................210

9    Certificate of Reporter.............211

10   Errata sheet (to be forwarded upon execution)....212

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Contains Confidential Portion
(Pages 161-165)

Page 4

1                        Kaplan

2                E X H I B I T   I N D E X

3    Description                                    Page

4    EXHIBIT 37 Notice of Deposition Jeffrey Kaplan.......8

5    EXHIBIT 38 Notice of 30(b)(6) Deposition Retrobrands.8

6    EXHIBIT 39 Notice of 30(b)(6) Deposition Nextel

7    Mobile Worldwide, Inc...............................8

8    EXHIBIT 40 Declaration of Jeffrey Kaplan............59

9    EXHIBIT 41 Articles of Amendment re Global Beverages.108

10   EXHIBIT 42 U.S.P.T.O trademark search printout.......114

11   EXHIBIT 43 Merchandising License Agreement, 30

12   January 2018, Bates NEXTEL-1029....................120

13   EXHIBIT 44 TEAS Plus Application re NEXTEL..........125

14   EXHIBIT 45 ICANN WHOIS record of Nextel............145

15   EXHIBIT 46 Screen shots of the Nextel Mobile

16   Worldwide.com website..............................147

17   EXHIBIT 47 Screen shots of Contact Us Nextel Mobile

18   Worldwide.com website..............................156

19   EXHIBIT 48 Press Release, "Iconic Nextel...."........157

20   EXHIBIT 49 Dealer contact list.....................159

21   EXHIBIT 50 Defendants' Answers to First Amended

22   Complaint..........................................181

23

24

25

TSG Reporting - Worldwide   877-702-9580

Contains Confidential Portion
(Pages 161-165)

Page 5

1                    Kaplan

2        THE VIDEOGRAPHER:  We are on the video record.

3   The time is approximately 9:06 a.m.  Today is

4   January 16, 2019.  This is the start of video media

5   disc No. 1 of the video deposition of Jeffrey

6   Kaplan.  Please note, as microphones are very

7   sensitive be aware that they can pick up whispering

8   and conversations not intended for the record.

9   Additionally, please turn off cellphones or place

10  them away from the microphones, they can interfere

11  with the audio.

12        This is the matter of Sprint Communications,

13  Inc. Plaintiff and Counterclaim-Defendant v.

14  Stephen Calabrese, as an individual, et al.

15  Defendants and Counterclaimants, in the United

16  States District Court, Southern District of

17  Florida, Fort Lauderdale Division, Case No.

18  0:18-CV-60788.

19        This deposition is being held at the offices

20  of Lee & Amtzis P.L., 5550 Glades Road, Boca Raton,

21  Florida.  My name is Thomas Olender.  I'm the

22  Certified Legal Video Specialist from TSG Reporting

23  Inc. headquartered at 747 Third Avenue, New York,

24  New York.  The court reporter is Michael D'Amato

25  also in association with TSG Reporting.

Contains Confidential Portion
(Pages 161-165)

Page 6

```
 1                         Kaplan

 2          Would counsel please introduce yourselves and

 3      state whom you represent starting with the noticing

 4      attorney, and then will the court reporter please

 5      swear the witness.

 6          MS. WHEATLEY:  My name is Lucy Wheatley with

 7      McQuire Woods LLP, representing the plaintiffs,

 8      Sprint Communications.

 9          MR. KERNELL:  Jim Kernell representing the

10      defendants.

11  THEREUPON:

12                      JEFFREY KAPLAN,

13  being by me first duly sworn or affirmed to tell the

14  truth, the whole truth, and nothing but the truth, as

15  hereinafter certified, responded and testified as

16  follows:

17          THE WITNESS: I do.

18                  DIRECT EXAMINATION

19  BY MS. WHEATLEY:

20      Q.   Good morning, Mr. Kaplan.

21      A.   Good morning.

22      Q.   Thank you for coming here today.  A few points

23  of nomenclature to go over before we get started.  You

24  are familiar with the entity Nextel, Inc. owned by

25  Mr. Calabrese, correct?
```

Contains Confidential Portion
(Pages 161-165)

Page 35

1                              Kaplan

2    employee of Nextel Mobile Worldwide, correct?

3        A.    Shareholder.  There's no real employees.

4        Q.    Why did you found Retrobrands?

5        A.    I discovered the business model of abandoned

6    brands very interesting to me and decided to go that

7    route, as you saw in my past I like to find different

8    things, and other people were using that business

9    model, and I decided to have a company because most of

10   those abandoned brands were my brands growing up as a

11   baby boomer.  So I did miss brands and felt that

12   bringing them back people would buy the brands again.

13       Q.    The abandoned brands business model where did

14   you first see that?

15       A.    In 2012 I saw an article in the Miami Herald

16   and it was entitled White Cloud Haunts Proctor &

17   Gamble.  And the article basically stated that Proctor

18   & Gamble abandoned a No. 2 brand toilet paper called

19   White Cloud in favor of their Charmin.  And a company

20   out of Boca obtained the trademark and subsequently

21   licensed it to Wal-Mart and it became a billion-dollar

22   brand for Wal-Mart as a house brand.  So it was a very

23   interesting article.

24       Q.    The company out of Boca, what company was

25   that?

Contains Confidential Portion
(Pages 161-165)

Page 36

1                          Kaplan

2        A.   I know now it's called White Cloud-something.

3   But back then it was paper-something.  It's available

4   in the trademark office, I just don't recall the name

5   of it.

6        Q.   Was that company a company that specialized in

7   abandoned brands or did they only, were they a paper

8   company that started using White Cloud?

9        A.   It's my belief that, again, I don't know the

10  people in the company, I don't know anything about the

11  company, but I just know that that one brand, they

12  obtained it.  Everything about the company I have no

13  knowledge.

14       Q.   Do you know of any other companies that have

15  the same business model as Retrobrands?

16       A.   Oh, there's many.

17       Q.   What are those companies?

18       A.   There's a company called Dormitus.  There's

19  one called -- I know there's quite a few.  River West

20  Brands is another one.  Again, those are the only two

21  at this moment I can recall.  But I've looked at

22  trademarks that I wanted to obtain and saw the

23  registrants and then looked into the registrant's

24  history and noticed that they have also a portfolio of

25  abandoned brands.  So there's, like I said, a number of

Contains Confidential Portion
(Pages 161-165)

Page 37

1                          Kaplan

2    companies that do this business model.

3         Q.    Can you recall what trademarks you wanted to

4    obtain but you saw they had been registered by another

5    one of these companies?

6         A.    There was a brand called Brim that was a

7    coffee that I believe River West obtained.  Calico,

8    which was a video game going back to my video store

9    days was obtained.  Under Alls was a women's hosiery

10   brand.  Quite a few brands.

11        Q.    Do you receive a salary from Retrobrands?

12        A.    Yes.

13        Q.    What is your salary from Retrobrands?

14        A.    I take 1500 per month.

15        Q.    How long has that been your salary?

16        A.    Since 2012.

17        Q.    And then do you receive any profits

18   Retrobrands makes at the end of the year?

19        A.    If there is a profit I put it back into the

20   company.

21        Q.    When you say put it back into the company what

22   do you mean by that?

23        A.    Pay legal fees and launch my own brand

24   sometimes, which costs money.

25        Q.    Have you had a lawsuit filed against you

Contains Confidential Portion
(Pages 161-165)

Page 49

1                              Kaplan

2      from whom?

3          A.    Distributors.  A lot of times I'll contact my

4      distributors that I have to get their input, talk to

5      friends, so forth.

6          Q.    What do you ask them about the brand?

7          A.    Have they ever heard of it?  Do they think the

8      customers would take it?  Again, you got to remember,

9      getting a product on a shelf is very difficult, very

10     difficult.

11         Q.    Would you pursue an abandoned brand that

12     customers no longer recognized?

13         A.    No.

14         Q.    Why not?

15         A.    It makes no sense.  Again, that's not true.  I

16     would say I have a brand which is kind of defining in

17     my business model, it's called Musterole, sort of a

18     Vick's Vapo Rub from 1903.

19              And I so say the majority of people that know

20     that brand are past.  But it's selling.  So I

21     manufacture it myself and we have it in mail order

22     catalogs.  So there's a brand that I was not too keen

23     on and it's a hundred-year-old brand.  It's doing very

24     well.

25         Q.    How do you locate brands to target?

Contains Confidential Portion
(Pages 161-165)

Page 114

1                           Kaplan

2    major assets does Retrobrands have?

3        A.    I think that's it.  My condo is in my name.

4    Yeah, that's the only property.

5        Q.    Does Retrobrands have a separate bank account?

6        A.    Yes.

7        Q.    What bank is that with?

8        A.    Retrobrands is with Legacy Bank.

9        Q.    Is there only one Retrobrands bank account?

10       A.    Yes.

11       Q.    Other than the Jeff@Retrobrands.net, are there

12   any other email addresses Retrobrands uses?

13       A.    Again every so often I use the Egg Cream and

14   those are the only two.

15             MS. WHEATLEY:  Let's mark this as Exhibit 42.

16             (Exhibit 42 marked for identification)

17       Q.    Mr. Kaplan, I'm going to represent that this

18   is a search at the U.S.P.T.O. website.  Do you see the

19   search string next to the statement Refine Search, and

20   that this search is for marks where Retrobrands is

21   listed as the owner?

22             This is as of March 2018.  Does this list look

23   accurate to you as to marks where Retrobrands is the

24   owner or applicant?

25       A.    Yes.

Contains Confidential Portion
(Pages 161-165)

Page 126

1                              Kaplan

2    U.S.P.T.O. for the Nextel trademark?

3         A.    Because I came to an agreement with Nextel,

4    Inc. that they would become my licensee, I would apply

5    for the trademark, and I would handle all legal matters

6    in regard.  And as my licensee they would handle the

7    marketing and sales of the brand.

8         Q.    Does Nextel convey a message to consumers?

9         A.    Convey a message -- I would say so, yes.

10        Q.    What message does it convey to consumers?

11        A.    In my opinion it would convey nostalgia, it

12   would convey that, to the people who were subscribers,

13   that at one time it was a terrific brand with 20

14   million subscribers.  It would convey a walkie-talkie

15   kind of system for businesses to instantly communicate

16   with each other.

17        Q.    Does the Nextel brand convey consumer good

18   will?

19        A.    I would say good will once it's in commerce

20   and we establish the good will.

21        Q.    Do you believe the Nextel brand had any

22   associated good will before you applied for the

23   trademark?

24        A.    Well, based on the Sprint documents it did

25   have good will but it was, according to the information

Contains Confidential Portion
(Pages 161-165)

Page 127

1                          Kaplan

2    I saw, it was written off as good will in pyramid in

3    2008.  So I would say they lost the good will.

4         Q.    How do you define good will?

5         A.    The value of a brand.

6         Q.    So prior to Mr. Calabrese's beginning use of

7    Nextel did the brand have any value?

8         A.    To who?

9         Q.    To anyone?

10        A.    Again, all my brands I believe have value.

11   Yeah, I believe it has value.

12        Q.    On this application do you see, it would be on

13   the second page where it has "First use anywhere date,

14   First use in commerce date," both of those say "at

15   least as early as January 29, 2018"?

16        A.    Correct.

17        Q.    Is that the correct first use date for

18   Retrobrands?

19        A.    Yeah.  Again I believe that might be the

20   correct date for the executed agreement.  That might

21   kind of make it concrete that this is a little bit off,

22   Exhibit 43 might be a day off.

23        Q.    How did that first use in commerce on January

24   29, 2018 take place?

25        A.    Well, I went to the offices of Nextel, Inc.

Contains Confidential Portion
(Pages 161-165)

Page 136

1                          Kaplan

2     delivered, so I have no idea.

3          Q.    You've never, you never asked -- prior to

4     applying for the Nextel trademark you never asked

5     Sprint to voluntarily abandon its registration, is that

6     correct?

7          A.    Correct.

8          Q.    Have you ever offered to purchase the Nextel

9     brand from Sprint?

10         A.    No.

11         Q.    Why not?

12         A.    I just never thought of it.  Again, I don't

13    feel they own the brand technically so why should I

14    have to offer them to purchase it.

15         Q.    What do you estimate the Nextel brand is worth

16    at this point in time?

17         A.    Currently I would say it's worth a minimum of

18    a hundred million dollars.

19         Q.    Do you know what the Nextel chirp is?

20         A.    Yes.

21         Q.    What is that?

22         A.    The Nextel chirp is a distinct sound with a

23    certain megahertz that's associated with the Nextel

24    brand.

25         Q.    Have you applied for that sound as a

Contains Confidential Portion
(Pages 161-165)

Page 137

1                         Kaplan

2   trademark?

3       A.    Yes.

4       Q.    And you applied for that under the name of

5   Retrobrands, is that correct?

6       A.    I don't think it was under Nextel Mobile.

7   Yes, I think it was under Retrobrands.

8       Q.    Did you submit a specimen of that sound to the

9   U.S.P.T.O.?

10      A.    Yes.

11      Q.    Where did you get that sound?

12      A.    I got that from YouTube.  That sound is on

13  dozens of rap songs.  People uploaded it.  It's all

14  over the Internet.

15      Q.    Do you recall us viewing -- you attended

16  Mr. Calabrese's deposition, correct?

17      A.    Yes.

18      Q.    Do you recall us viewing a video called

19  "Nextel Is Back"?

20      A.    Yes.

21      Q.    Does that video use the Nextel chirp sound?

22      A.    Yes.

23      Q.    Is that the same sound that you applied for

24  the trademark registration for?

25      A.    I believe it is.

Contains Confidential Portion
(Pages 161-165)

Page 138

1                          Kaplan

2        Q.   And did you create the "Nextel Is Back" video?

3        A.   Yes.

4        Q.   Did you have any assistance creating the

5    "Nextel Is Back" video?

6        A.   Again, I contacted an individual in Pakistan,

7    Fiverr, and he sent me the template and then I uploaded

8    everything on to there.

9        Q.   When you say he sent you a template, so the

10   content of the "Nextel Is Back" video, did that all

11   come from you?

12       A.   No.  I gave him sort of a storyboard and he

13   put it all together.  And then when it came to me I had

14   to move some things around.  He explained on the phone

15   how to do it.  It was pretty simple.

16       Q.   And storyboard, did you produce that to your

17   attorneys?

18       A.   No, I didn't save it.

19       Q.   When did you create that storyboard?

20       A.   Around the time I filed for the application.

21   I don't recall exactly.

22       Q.   Around the time you filed for the --

23       A.   The chirp, the chirp application, Nextel chirp

24   application.

25       Q.   And did you save your communications with the

Contains Confidential Portion
(Pages 161-165)

Page 139

1                          Kaplan

2    Fiverr regarding that "Nextel Is Back" video?

3         A.   No, it was just a WhatsApp call.

4         Q.   WhatsApp call, is there text associated with a

5    WhatsApp call?

6         A.   No.  WhatsApp is just you can talk anywhere in

7    the world.  It's an app.

8         Q.   But you did email the storyboard to the

9    Fiverr?

10        A.   I probably did.

11        Q.   Or uploaded it?

12        A.   Uploaded it to his website.  I just don't

13   recall.  You go through the Fiverr, Fiverr system.

14   They handle everything, like a third party.

15        Q.   And that would have been summer 2018, is

16   that--

17        A.   Again I don't know, I don't have the Nextel

18   chirp application, but in that time period.

19        Q.   Did you also use the Nextel chirp on the

20   NextelMobileWorldwide.com website?

21        A.   Well, the sound when you would go from page to

22   page, there was a chirp, yes, the sound of a chirp.

23        Q.   Was that the Nextel chirp?

24        A.   Yeah, the Nextel chirp sound.

25        Q.   And the Nextel chirp sound, is that still on

Contains Confidential Portion
(Pages 161-165)

Page 140

1                          Kaplan

2    the Nextel Mobile Worldwide website?

3         A.   No.  After that was uploaded in process I

4    received a call from my attorney that Sprint sent a

5    cease and desist on that.  So instead of arguing with

6    them I said I'll just take it down and suspend it until

7    this litigation is over.

8         Q.   Can the chirp sound be registered as a

9    trademark?

10        A.   Yes.

11        Q.   Is it a distinctive sound?

12        A.   I believe it is.

13        Q.   Is it your contention that Sprint has

14   abandoned the Nextel chirp trademark?

15        A.   No.  Again, talking about the sound or the

16   chirp?  I know there's two of them.

17        Q.   When I'm saying Nextel chirp I mean the sound.

18        A.   Yeah.  There is, from my research there is a

19   sound registration for Sprint for the sound.  I haven't

20   received from the examiner a refusal on my sound.  So I

21   haven't filed a petition to cancel the sound for Sprint

22   because it is my belief the sound goes with Nextel, not

23   with Sprint.

24        Q.   What is that belief based on?

25        A.   The mountains of evidence of Nextel,

Contains Confidential Portion
(Pages 161-165)

Page 141

1                        Kaplan

2    commercials, advertisements, everything is Nextel chirp

3    or Nextel sound of chirp.

4        Q.    But do you know whether or not Sprint is still

5    using that chirp sound?

6        A.    I've never seen it.

7        Q.    Did you investigate whether Sprint was still

8    using that chirp sound?

9        A.    I believe I did some research on the Internet

10   on their new phones and devices and never heard that

11   sound.

12       Q.    How did you expect to hear that sound?

13       A.    YouTube, people using their Direct Connect and

14   so forth.  There's a roger beep I've heard, like a

15   generic beep, but I've never heard that distinctive

16   sound.

17       Q.    When did you do this research?

18       A.    Again, the same time I applied for the sound

19   trademark.

20       Q.    Do you do anything else to research whether

21   Sprint was using the chirp sound?

22       A.    I did research where I saw a case of Motorola

23   who claimed ownership to that chirp sound and found a

24   case where Sprint -- not Sprint, I mean Nextel opposed,

25   they opposed the registration claiming it was not

Contains Confidential Portion
(Pages 161-165)

Page 142

1                          Kaplan

2    distinct.

3           So it was kind -- I was a little bit confused

4    here because on one hand Sprint is telling the TTAB

5    that the sound of that chirp, which Motorola is using

6    is not distinctive, and then I found a case after that,

7    same parties, Motorola and Sprint, not Nextel, where

8    Sprint is arguing is now distinctive.  So it's a

9    convoluted mess in my opinion.

10        Q.   Do you know who won those disputes?

11        A.   On the first one Nextel won, communications

12   won.  The court said that it cannot be distinct, that

13   sound.  And then on the second case I believe Sprint

14   won on certain devices or something.  Again, it is a

15   legal question.  I'm not really sure what the decision

16   was.

17        Q.   Are you certain that the court held that the

18   Nextel chirp mark could not be distinct?

19        A.   The Nextel sound, yeah, that the sound mark

20   was not distinct, the first opposition, I believe.  So

21   Motorola was trying to register the sound and it was

22   not allowed.

23        Q.   And it's your belief that Motorola was not

24   allowed to register it because it was not distinct?

25        A.   That's not my belief.  That's what the board

Contains Confidential Portion
(Pages 161-165)

Page 143

1                           Kaplan

2     said.

3         Q.    Are you certain of that?

4         A.    Ninety-nine percent.  I might be wrong but

5     that's what I read.  Again, I'm not an attorney I might

6     be a little bit wrong.

7         Q.    Any other facts you know of that indicate

8     Sprint has abandoned the chirp trademark?

9         A.    The sound mark, I don't see it.  With all my

10    research I haven't seen it being used on their devices.

11        Q.    Did you purchase any Sprint devices?

12        A.    No.

13        Q.    Did you borrow any Sprint devices?

14        A.    No.  But I also, in conjunction with all of

15    this I did communicate and have meetings with

16    Mr. Calabrese, who is a so-called expert in that

17    industry, and he also told me that that sound is not

18    being used by Sprint as well.  So that was a second

19    opinion that I received.

20        Q.    When you say Mr. Calabrese is an expert in

21    the -- in what industry?

22        A.    Well, if you look at his deposition you can

23    see he's been in the industry, telecommunication

24    industry since he was a teenager.  So he's got almost

25    30 years, 25 years of expertise in that industry.