# EXHIBIT 3



COURT REPORTING

LEGAL VIDEOGRAPHY

VIDEOCONFERENCING

TRIAL PRESENTATION

MOCK JURY SERVICES

LEGAL TRANSCRIPTION

COPYING AND SCANNING

LANGUAGE INTERPRETERS



NAEGELI
Expect Excellence

DEPOSITION AND TRIAL

CELEBRATING
35
YEARS IN BUSINESS

(800) 528-3335
NAEGELIUSA.COM

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

SPRINT COMMUNICATIONS, INC.,

      Plaintiff and Counterclaim-Defendant,

v.          Case No  0:18-cv-60788-MARTINEZ/SNOW

STEPHEN CALABRESE, as an individual,
NEXTEL, INC. d/b/a NEXTEL WORLDWIDE,
RETROBRANDS USA LLC, NEXTEL MOBILE
WORLDWIDE, INC., and JEFFREY KAPLAN, as
an individual,

      Defendants and Counterclaimants.
_____

**FINAL**
**DEPOSITION OF**

**SCOTT WILEY**

**TAKEN ON**
**FRIDAY, JANUARY 25, 2019**
**9:01 A.M.**

**MCGUIREWOODS LAW FIRM**
**1251 SIXTH AVENUE, 20TH FLOOR**
**NEW YORK, NEW YORK 10020**

```
 1                        APPEARANCES:

 2

 3   Attorneys for The Plaintiffs

 4   AMANDA L. DEFORD, ESQUIRE

 5   McGUIREWOODS LLP

 6   800 East Canal Street

 7   Richmond, Virginia 23219

 8   (804) 775-1000

 9   (804) 775 1061 Fax

10   adeford@mcguirewoods.com

11

12   Attorneys for the Defendants

13   JAMES J. KERNELL, ESQUIRE

14   ERICKSON KERNELL IP

15   8900 State Line Road

16   Leawood, Kansas 66206

17   (913) 549-4700

18   (913) 549-4646 Fax

19   jjk@kcpatentlaw.com

20

21

22

23

24

25
```



```
1                              INDEX

2                                                        Page

3

4   EXAMINATION BY MR. KERNELL                            8

5

6   EXAMINATION BY MS. DEFORD                            212

7

8   EXAMINATION BY MR. KERNELL                           216

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          EXHIBITS

2    Exhibit                                              Page

3

4     100      NOTICE OF DEPOSITION                         8

5

6     101      30 (b)(6) NOTICE                             9

7

8

9    102      KYOCERA DURAXTP PHONE                         51

10

11    103      KYOCERA DURATR PHONE                          54

12

13    104      NEXTEL SOUNDMARK                             101

14

15    105      VIDEO BATES NO. SPR0008348                   101

16

17    106      VIDEO BATES NO. NEXTEL-1292                  101

18

19    107      VIDEO BATES NO. NEXTEL-1293                  102

20

21    108      SONIM XP STRIKE PHONE                        102

22

23    109      VIDEO BATES NO. NEXTEL-1296                  102

24

25    110      WILEY DECLARATION 10/11/18                   104
```



```
 1                      EXHIBITS CONTINUED

 2  Exhibit                                                Page

 3

 4    111     NEXTEL WORLDWIDE.COM PRINTOUT               112

 5

 6    112     DOCUMENT                                    113

 7

 8    113     NW DEVICE                                   121

 9

10    114     DOCUMENT                                    133

11

12    115     SCREENSHOT                                  151

13

14    116     SCREENSHOT                                  153

15

16    117     SCREENSHOT                                  153

17

18    118     ARTICLE CNN MONEY TECH                      158

19

20    119     ATICLE FIERCEWIRELESS                       169

21

22    120     SNAPSHOT OF WAYBACK MACHINE                 179

23

24    121     SPRINT 10-K                                 183

25
```



```
 1                          EXHIBITS CONTINUED

 2     Exhibit                                               Page

 3

 4       122      SPRINT NEXTEL 10-K                          188

 5

 6       123      SPRINT 10-K                                 197

 7

 8       124      SPRING 10-K                                 201

 9

10       125      ARTICLE THEVERGE.COM                        206

11

12                    EXHIBITS RETAINED BY COUNSEL

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **STIPULATIONS**

2

3            IT IS HEREBY STIPULATED AND AGREED that

4    the filing and sealing of the within examination, be

5    and the same are hereby waived.

6

7            IT IS FURTHER STIPULATED AND AGREED that

8    all objections, except as to form of the question,

9    be and the same are hereby reserved, to the time of

10   trial.

11

12           IT IS FURTHER STIPULATED AND AGREED that

13   the within examination may be sworn to before any

14   Notary Public with the same force and effect as if

15   sworn to before JUDGE of the COURT.

16

17           IT IS FURTHER STIPULATED AND AGREED that

18

19

20

21

22

23

24

25



1                              **FINAL**

2                         **DEPOSITION OF**

3                          **SCOTT WILEY**

4                            **TAKEN ON**

5                   **FRIDAY, JANUARY 25, 2019**

6                            **9:01 A.M.**

7

8    **SCOTT WILEY,** having been first duly sworn, was

9    examined and testified as follows:

10   **EXAMINATION**

11   **BY MR. KERNELL:**

12        **Q    Good morning, Mr. Wiley.   My name is Jim**

13   **Kernell, and I represent the Defendants in this**

14   **case.**

15             MR. KERNELL:   And let me go ahead and just

16   have this marked as the first exhibit.

17             **(Notice of Deposition marked Exhibit 100**

18   **for identification, as of this date.)**

19   **BY MR. KERNELL:**

20        **Q    Mr. Wiley, have you seen this document**

21   **before?**

22        A    I have seen versions.   And I am not sure

23   if I have seen this exact one, but is the question

24   have I seen it or read the whole thing?

25        **Q    Have you seen this document before?**



1  that, that someone is trying to market themselves as

2  you.

3      Q    Now, how many people specifically talked

4  to you?

5      A    I don't remember.

6      Q    You think it was five?

7      A    That would be a good estimate.

8      Q    In that neighborhood?

9      A    (No response).

10     Q    You said approximately 15 came to the

11 booth, so maybe five of them talked to you?

12     A    Well, lots more people came to the booth.

13 I mean, not everyone had seen the Nextel.

14     Q    That wasn't a good question.

15          You said approximately 15 came to the

16 booth talking about the Nextel?

17     A    At least.

18     Q    Let me -- it was a bad question.

19          Approximately 15 people came to your

20 Sprint booth to talk about the Nextel booth; is that

21 accurate or -- and I am not holding you to 15 exact

22 people, I am saying or approximately.

23     A    I don't think -- they didn't come to the

24 booth specifically.  There was another booth, and

25 they mentioned either seeing us having a presence

1  elsewhere and being confused.

2      **Q**    **And of the individuals that came to the**

3  **Sprint booth that had seen the Nextel booth and**

4  **mentioned it, about how many talked directly to you?**

5      A    I believe I gave an answer.  It was five

6  or so.

7      **Q**    **Okay.  It was a bad question, though I**

8  **wanted to clear that up.**

9      A    Okay.

10      **Q**    **Did you get anybody's names?**

11      A    (No response).

12      **Q**    **I am talking about the approximately five**

13  **people who spoke to you about the Nextel booth.**

14      A    I believe there was one or two ex-Nextel

15  that I actually recognized that name.  I believe a

16  Bruce Lee.  As far as names, that's -- that's the

17  only person that I remember the name.

18      **Q**    **Was he someone that you worked with at**

19  **Nextel before?**

20      A    He worked at Nextel and Sprint in some

21  kind of product capacity.  I just didn't know him

22  well.  When people introduced themselves, I used to

23  do this here.

24      **Q**    **Was he in engineering?**

25      A    I don't know.  I don't know what his



THOMAS P. SHAUGHNESSY  1/29/2019

Page 1

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                      FT. LAUDERDALE DIVISION

3

4    SPRINT COMMUNICATIONS, INC.,        )
                                         )
5      Plaintiff/Counterclaim-Defendant,)
                                         )
6                   vs.                  )CASE No.
                                         )0:18-cv-60788-
7    STEPHEN CALABRESE, AS AN            )MARTINEZ/SNOW
     INDIVIDUAL, NEXTEL, INC., D/B/A     )
8    NEXTEL WORLDWIDE, RETROBRANDS USA, )
     LLC, NEXTEL MOBILE WORLDWIDE, INC.,)
9    AND JEFFREY KAPLAN, AS AN           )
     INDIVIDUAL,                         )
10                                       )
            Defendant/Counterclaimants.)
11

12

13

14

15

              DEPOSITION OF THOMAS P. SHAUGHNESSY
16
             TAKEN ON BEHALF OF THE DEFENDANTS
17
                     JANUARY 29TH, 2019
18

19

20

21

22

23

24

25
```

THOMAS P. SHAUGHNESSY  1/29/2019

Page 2

```
 1                        I N D E X

 2

 3      EXAMINATION BY:                        PAGE:

 4       Mr. Kernell                              7

 5       Ms. DeFord                             118

 6

 7      For ATTORNEYS EYES ONLY SECTION:  PAGE 77, LINE
        3 TO PAGE 79, LINE 3

 8

 9                      E X H I B I T S

10      EXHIBIT                                 PAGE
        NUMBER     DESCRIPTION              IDENTIFIED

11
        Previously    Document indicating website    67
12      marked        cannot be reached
        Exhibit 115
13
        Previously    Screen print from sprint.com   71
14      marked        web page
        Exhibit 116
15
        Previously    Our Brands page on website     73
16      marked
        Exhibit 117
17
        Previously    Article on Sprint              80
18      marked
        Exhibit 118
19
        Exhibit 119   Article on Fierce Wireless     96
20
        Exhibit 126   Photos of Nextel Booth at      47
21                    2017 IWCE and letter to Mr.
                      Calabrese
22
23      Exhibit 127   Screen print from the U.S.     58
                      Patent Office regarding
24                    Sprint trademarks
25      Exhibit 128   Sprint Business web page       68
```

THOMAS P. SHAUGHNESSY  1/29/2019

Page 3

```
 1    Exhibit 129    Printout from the USPTO      109
                     website
 2
      Exhibit 130    Nextel Trademark            112
 3

 4

 5

 6       NOTE:  Exhibits were attached to the original
              transcript.
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

THOMAS P. SHAUGHNESSY  1/29/2019

Page 4

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       FT. LAUDERDALE DIVISION

 3

 4    SPRINT COMMUNICATIONS, INC.,         )
                                           )
 5       Plaintiff/Counterclaim-Defendant )
                                           )
 6                    vs.                   )CASE NO.
                                           )0:18-cv-60788-
 7    STEPHEN CALABRESE, AS AN             )MARTINEZ/SNOW
      INDIVIDUAL, NEXTEL, INC., D/B/A      )
 8    NEXTEL WORLDWIDE, RETROBRANDS USA, )
      LLC, NEXTEL MOBILE WORLDWIDE, INC.,)
 9    AND JEFFREY KAPLAN, AS AN            )
      INDIVIDUAL,                          )
10                                          )
                      Defendants.           )
11

12                    DEPOSITION OF THOMAS P. SHAUGHNESSY,

13    produced, sworn and examined on JANUARY 29TH, 2019,

14    between the hours of 9:00 o'clock in the forenoon and

15    1:00 o'clock in the afternoon of that day, at Shook,

16    Hardy & Bacon, LLP, 2555 Grand Boulevard, Kansas

17    City, Missouri, 64108, before Mary Lynn Cushing, a

18    Certified Court Reporter (MO), and a Notary Public

19    within and for the State of Missouri, in a certain

20    cause now pending in the United States District

21    Court, Southern District of Florida, Ft. Lauderdale

22    Division, between SPRINT COMMUNICATIONS, INC.,

23    Plaintiff, vs. STEPHEN CALABRESE, AS AN INDIVIDUAL,

24    NEXTEL, INC., D/B/A NEXTEL WORLDWIDE, RETROBRANDS

25    USA, LLC, NEXTEL MOBILE WORLDWIDE, INC., AND JEFFREY
```

THOMAS P. SHAUGHNESSY  1/29/2019

Page 5

```
 1     KAPLAN, AS AN INDIVIDUAL, Defendants; on behalf of

 2     the Defendants.

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

THOMAS P. SHAUGHNESSY  1/29/2019

```
 1                 A P P E A R A N C E S

 2
                   For the Plaintiff:
 3
                       Amanda L. DeFord
 4                     McGuire Woods, LLP
                       Gateway Plaza
 5                     800 East Canal Street
                       Richmond, Virginia 23219
 6                     (804)775-1000
                       adeford@mcguirewoods.com
 7
 8                 For the Defendants:
 9                     James J. Kernell
                       Erickson Kernell, IP
10                     8900 State Line Road
                       Suite 500
11                     Leawood, Kansas 66206
                       (913)549-4700
12                     jjk@kcpatentlaw.com
13
                   Also present:  Jeffrey Kaplan
14

15

16

17     Mary Lynn Cushing
       Missouri CCR 1077
18     Alaris Litigation Services
       1608 Locust Street
19     Kansas City, Missouri 64108
       (816) 221-1160
20     1-800-280-3376

21

22

23

24

25
```

THOMAS P. SHAUGHNESSY  1/29/2019

Page 7

```
 1                  IT IS HEREBY STIPULATED AND AGREED by
 2    and between counsel for the Plaintiff and counsel for
 3    the Defendants that this deposition may be taken in
 4    shorthand by Mary Lynn Cushing, CCR, a Certified
 5    Court Reporter, and Notary Public, and afterwards
 6    transcribed into typewriting; and the signature of
 7    the witness is expressly reserved.
 8                    *    *    *    *    *
 9                  THOMAS P. SHAUGHNESSY,
10    of lawful age, produced, sworn and examined on behalf
11    of the DEFENDANTS, deposes and says:
12         (Starting time of the deposition: 9:00 a.m.)
13                         EXAMINATION
14    BY MR. KERNELL:
15         Q.      Mr. Shaughnessy, could you state your
16    full name and spell it for the record?
17         A.      Thomas Patrick Shaughnessy,
18    S-h-a-u-g-h-n-e-s-s-y.
19         Q.      Mr. Shaughnessy, have you had your
20    deposition taken before?
21         A.      No, not for this case.
22         Q.      Have you ever had your deposition
23    taken before?
24         A.      Many years ago.
25         Q.      And what was that for?
```

THOMAS P. SHAUGHNESSY  1/29/2019

```
 1           Q.      (By Mr. Kernell) Who would make that
 2    decision?
 3           A.      That's our product team and our brand
 4    team, again, with the -- more responsible for the
 5    phone.
 6           Q.      Who's on the product team or brand
 7    team?
 8           A.      My Product Director of devices is John
 9    Tuttle and, again, Tracy Palmer's organization would
10    be more in the overall company direction of Sprint
11    brands.
12           Q.      So at the IWCE 2017 conference you
13    said that you had direct interaction with attendees
14    that expressed confusion over the defendants' use of
15    Nextel, is that correct?
16           A.      Correct.
17           Q.      And what were -- what was that
18    interaction?
19                   MS. DEFORD:  Objection to form.
20           A.      The confusion was more on
21    conversations at our booth around why we had two
22    booths at the show.
23           Q.      (By Mr. Kernell) And what did you tell
24    them?
25           A.      We didn't have two booths at the show.
```

THOMAS P. SHAUGHNESSY  1/29/2019

```
 1          Q.      And approximately how many people

 2   expressed confusion?

 3          A.      Oh, I probably talked to half a dozen

 4   initially before I went to look at the booth myself

 5   to understand exactly what people were talking about.

 6          Q.      And how many -- how many days long is

 7   the IWCE 2017 convention?

 8          A.      I think it goes all week, but I was

 9   only there for a couple of days.  It's usually a

10   three day event I believe, but there's days on either

11   side that you can be with customers.

12          Q.      And then you said you went to the

13   Nextel booth?

14          A.      I went to a Nextel booth, yes.

15          Q.      Were there other Nextel booths there?

16          A.      Not that I was aware of, no.

17          Q.      So the Nextel booth that you went to

18   was the one and we -- there's Nextel, Inc., is one of

19   the defendants and Nextel Worldwide, are you aware of

20   that?

21          A.      I am aware of that.

22          Q.      It's d/b/a Nextel Worldwide.  And so

23   this was the Nextel, Inc., booth that you went to

24   see?

25          A.      It was the Nextel booth that was at
```

BRIAN A. MANCUSO 1/29/2019

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                 FT. LAUDERDALE DIVISION

 3

 4    SPRINT COMMUNICATIONS, INC.,        )
                                          )
 5      Plaintiff/Counterclaim-Defendant,)
                                          )
 6                vs.                     )CASE No.
                                          )0:18-cv-60788-
 7    STEPHEN CALABRESE, AS AN            )MARTINEZ/SNOW
      INDIVIDUAL, NEXTEL, INC., D/B/A     )
 8    NEXTEL WORLDWIDE, RETROBRANDS USA, )
      LLC, NEXTEL MOBILE WORLDWIDE, INC.,)
 9    AND JEFFREY KAPLAN, AS AN           )
      INDIVIDUAL,                         )
10                                        )
            Defendant/Counterclaimants.)
11

12

13

14

15

                DEPOSITION OF BRIAN A. MANCUSO
16
            TAKEN ON BEHALF OF THE DEFENDANTS
17
                 JANUARY 29TH, 2019
18

19

20

21

22

23

24

25
```

BRIAN A. MANCUSO  1/29/2019

Page 2

```
 1                  I N D E X

 2    EXAMINATION BY:                      PAGE:

 3       Mr. Kernell                         6

 4

 5                 E X H I B I T S

      EXHIBIT                              PAGE
 6    NUMBER     DESCRIPTION           IDENTIFIED

 7    Previously   Form 10-K SEC            43
      marked
 8    Exhibit 122

 9    Previously   Photos of the Nextel booth    60
      marked       at the 2017 IWCE conference
10    Exhibit 126

11    Exhibit 130   Nextel mark               76

12    Exhibit 131   Declaration               22

13    Exhibit 132   Media contact document    54

14    Exhibit 133   Document regarding the 2017   56
                    IWCE
15    Exhibit 134   Photo of handsets         62

16    Exhibit 135   E-mail sent by Mr. Mancuso   85
                    about Nextel booth at IWCE
17                  Conference

18

      NOTE:  Exhibits 122 & 131 to 135 were attached
19    to the original transcript.  Exhibit 126 & 130 were
      attached to Mr. Shaughnessy's deposition
20

21

22

23

24

25
```

BRIAN A. MANCUSO  1/29/2019

```
 1                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA
 2                   FT. LAUDERDALE DIVISION

 3

 4    SPRINT COMMUNICATIONS, INC.,          )
                                            )
 5       Plaintiff/Counterclaim-Defendant   )
                                            )
 6                   vs.                     )CASE NO.
                                            )0:18-cv-60788-
 7    STEPHEN CALABRESE, AS AN              )MARTINEZ/SNOW
      INDIVIDUAL, NEXTEL, INC., D/B/A        )
 8    NEXTEL WORLDWIDE, RETROBRANDS USA, )
      LLC, NEXTEL MOBILE WORLDWIDE, INC.,)
 9    AND JEFFREY KAPLAN, AS AN             )
      INDIVIDUAL,                            )
10                                          )
                     Defendants.            )
11

12                 DEPOSITION OF BRIAN A. MANCUSO,

13    produced, sworn and examined on JANUARY 29TH, 2019,

14    between the hours of 1:00 o'clock in the afternoon

15    and 4:00 o'clock in the afternoon of that day, at

16    Shook, Hardy & Bacon, LLP, 2555 Grand Boulevard,

17    Kansas City, Missouri, 64108, before Mary Lynn

18    Cushing, a Certified Court Reporter (MO), and a

19    Notary Public within and for the State of Missouri,

20    in a certain cause now pending in the United States

21    District Court, Southern District of Florida, Ft.

22    Lauderdale Division, between SPRINT COMMUNICATIONS,

23    INC., Plaintiff, vs. STEPHEN CALABRESE, AS AN

24    INDIVIDUAL, NEXTEL, INC., D/B/A NEXTEL WORLDWIDE,

25    RETROBRANDS USA, LLC, NEXTEL MOBILE WORLDWIDE, INC.,
```

**BRIAN A. MANCUSO  1/29/2019**

Page **4**

```
1     AND JEFFREY KAPLAN, AS AN INDIVIDUAL, Defendants; on
2     behalf of the Defendants.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

BRIAN A. MANCUSO  1/29/2019

```
 1                   A P P E A R A N C E S

 2
                 For the Plaintiff:
 3
                     Amanda L. DeFord
 4                   McGuire Woods, LLP
                     Gateway Plaza
 5                   800 East Canal Street
                     Richmond, Virginia 23219
 6                   (804)775-1000
                     adeford@mcguirewoods.com
 7

 8               For the Defendants:

 9                   James J. Kernell
                     Erickson Kernell, IP
10                   8900 State Line Road
                     Suite 500
11                   Leawood, Kansas 66206
                     (913)549-4700
12                   jjk@kcpatentlaw.com

13
                 Also present:  Jeffrey Kaplan
14

15

16

17    Mary Lynn Cushing
      Missouri CCR 1077
18    Alaris Litigation Services
      1608 Locust Street
19    Kansas City, Missouri 64108
      (816) 221-1160
20    1-800-280-3376

21

22

23

24

25
```

BRIAN A. MANCUSO 1/29/2019

```
 1              IT IS HEREBY STIPULATED AND AGREED by
 2    and between counsel for the Plaintiff and counsel for
 3    the Defendants that this deposition may be taken in
 4    shorthand by Mary Lynn Cushing, CCR, a Certified
 5    Court Reporter, and Notary Public, and afterwards
 6    transcribed into typewriting; and the signature of
 7    the witness is expressly reserved.
 8                  *      *      *      *      *
 9                  BRIAN A. MANCUSO,
10    of lawful age, produced, sworn and examined on behalf
11    of the DEFENDANTS, deposes and says:
12       (Starting time of the deposition: 1:15 p.m.)
13                      EXAMINATION
14    BY MR. KERNELL:
15         Q.     Good afternoon, Mr. Mancuso.  Would
16    you please state your full name for the record?
17         A.     Brian Anthony Mancuso.
18         Q.     And Mr. Mancuso, have you had your
19    deposition taken before?
20         A.     You mean like here or in general?
21         Q.     Ever.
22         A.     I don't know.  Maybe.
23         Q.     Do you recall ever having your
24    deposition taken before?
25         A.     Have I been in depositions before you
```

BRIAN A. MANCUSO  1/29/2019

Page 85

```
 1    get shot.  It's a toy gun.
 2         Q.      So what you had in your booth was a
 3    toy gun?
 4         A.      Yes.
 5         Q.      So after the 2017 IWCE conference,
 6    what did you do?
 7         A.      After the what?
 8         Q.      After the 2017 IWCE conference, what
 9    did you do?
10         A.      I forwarded an e-mail to my bosses
11    stating what I had saw, somebody was using the Nextel
12    name and what they were doing; sent them pictures.
13              (Exhibit 135 was marked for
14    identification by the reporter.)
15         Q.      (By Mr. Kernell) I've handed you what
16    is marked as Exhibit 135.  Is this the e-mail that
17    you were just referring to?
18         A.      Yes.
19         Q.      And in this e-mail it states "At IWCE
20    I observed a booth using and flying the Nextel name
21    and banner and appears to be in direct competition as
22    a PTT company.  People were confused about it, asking
23    us."  What did you mean by that?
24         A.      People came to our booth asking about
25    what was the deal?
```

BRIAN A. MANCUSO  1/29/2019

```
 1          Q.      About how many people came to your
 2   booth?
 3          A.      At '17?
 4          Q.      Yes.
 5          A.      A few.
 6          Q.      How many is a few, five?
 7          A.      Less than ten.
 8          Q.      And what did they say?
 9          A.      They were just asking -- they were
10   confused and saying do you guys have two booths here?
11   Some people were saying like are you guys starting --
12   are you doing something different with Nextel?  They
13   were just asking what's the deal?  They were just
14   confused because they saw -- they knew it was Sprint
15   Nextel.  They didn't understand why we were
16   separated.
17          Q.      Did you get anybody's name?
18          A.      No.
19          Q.      Did anybody mention to you that they
20   thought the brand was dead?
21          A.      No.
22          Q.      Did you tell anybody that you were not
23   affiliated with the other Nextel booth?
24          A.      I said that we're not sure what those
25   guys are doing and we reported it.
```