UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60788-CIV-MARTINEZ/SNOW

SPRINT COMMUNICATIONS, INC.,

        Plaintiff/Counter-Defendant,

v.

STEPHEN CALABRESE, as an individual,
NEXTEL, INC. d/b/a NEXTEL WORLDWIDE,
RETROBRANDS USA LLC, and
JEFFREY KAPLAN, as an individual,

        Defendants/Counterclaimants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's/Counter-Defendant's Motion for Leave to File Under Seal (ECF No. 96) and Motion to File Sales Presentation Exhibit Conventionally (ECF No. 97). No oppositions to these motions were filed. Accordingly, it is

ORDERED and ADJUDGED that the Plaintiff's/Counter-Defendant's Motion for Leave to File Under Seal (ECF No. 96) is GRANTED, and the Plaintiff/Counter-Defendant shall comply with all Local Rules and procedures governing the filing of documents under seal. Further, the Plaintiff's/Counter-Defendant's Motion to File Sales Presentation Exhibit Conventionally (ECF No. 97) is GRANTED.

DONE and ORDERED at Fort Lauderdale, Florida this 16th day of August, 2019.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
 Counsel of Record