UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:18-cv-60788-MARTINEZ/SNOW

SPRINT COMMUNICATIONS, INC.,

    Plaintiff/Counterclaim Defendant,

v.

STEPHEN CALABRESE, NEXTEL, INC.
d/b/a NEXTEL WORLDWIDE,
RETROBRANDS USA LLC
JEFFREY KAPLAN and NEXTEL
MOBILE WORLDWIDE, INC.,

    Defendants/Counterclaim Plaintiffs.
_____/

**DEFENDANTS/COUNTERCLAIM PLAINTIFFS'
DEPOSITION DESIGNATIONS FOR TRIAL**

Defendants/Counterclaim Plaintiffs, by their undersigned counsel, hereby file the page/line designations that correspond to the deposition minuscripts that were previously filed at ECF No. 193[1] of Melissa A. Jobe, Scott Wiley, Brian A. Mancuso and Thomas P. Shaughnessy, which will be read or otherwise presented at trial.

MELISSA A. JOBE

Page 21, lines 10-23.
Page 22, lines 2-6, 9-11, 21-23.
Page 23, lines 6-8, 11-25.
Page 24, lines 1-10.
Page 26, lines 12-20, 23-25.
Page 27, lines 1-6, 11-25.
Page 28, lines 1-22.
Page 29, lines 1-10, 12-25.
Page 30, lines 1-10, 12-25.

---

[1] Plaintiff advised Defendants that the minuscripts filed were subject to a Protective Order, thus a Motion to Seal will be filed to restrict viewing of said transcripts.

CASE NO. 0:18-cv-60788-MARTINEZ/SNOW

Page 31, lines 1-13, 21-25.
Page 32, lines 1-10, 18-25.
Page 33, lines 1-2, 4-11.
Page 35, lines 20-25.
Page 36, lines 1-7.
Page 39, lines 4-6, 9.
Page 51, lines 20-25.
Page 52, lines 1-8, 10-15, 19-25.
Page 53, lines 1-17, 19, 24, 25.
Page 54, lines 1-25.
Page 55, lines 1-12, 22-25.
Page 56, lines 1-21, 24-25.
Page 57, lines 1, 4, 21-23.
Page 58, lines 1-4, 7-8, 10-14, 17-25.
Page 59, lines 1-13, 16-20, 22-25.
Page 60, line 3.
Page 62, lines 18-25.
Page 63, lines 1-18, 20-25.
Page 64, lines 1-2, 4-9, 14-17.
Page 68, lines 18-25.
Page 69, lines 1-25.
Page 70, lines 1-11, 14-25.
Page 71, lines 1-13, 15.
Page 72, lines 15-16, 18-25.
Page 73, lines 1-7, 9-25.
Page 74, lines 1-8, 10-16, 18-25.
Page 75, lines 1-12, 15-25.
Page 76, lines 1, 3-25.
Page 77, lines 1-12, 14-19, 21-25.
Page 78, lines 1-22, 25.
Page 79, lines 1-7.
Page 80, lines 16-25.
Page 81, lines 1-25.
Page 82, lines 1-3.
Page 84, lines 7-10, 15-25.
Page 85, lines 1-13, 16-25.
Page 86, lines 1-2, 4-24.
Page 87, lines 2-3, 6, 9-17.
Page 88, lines 4-19, 24-25.
Page 89, lines 1-2, 4-23, 25.
Page 90, lines 1-2, 5-10.
Page 93, lines 6-14, 23-25.
Page 94, lines 1-2, 5-8.
Page 95, lines 5-9, 11-19, 21-25.
Page 96, lines 1-5, 8-25.
Page 97, lines 1-17, 24.

Page 108, lines 8-12, 14-25.
Page 109, lines 1, 3-13, 15-25.
Page 110, lines 1-10, 12-15, 17-25.
Page 111, lines 1-4, 7-25.
Page 112, lines 1-13, 16-18, 21-25.
Page 113, lines 1, 3-7, 9-16, 18-21, 23-25.
Page 114, lines 1-8, 14-15, 18-20, 23-25.
Page 115, lines 6-12, 14-18, 20-25.
Page 116, lines 1, 3-6, 9, 10, 13-15, 21-25.
Page 117, lines 2-9.
Page 118, line 3 through Page 122, line 25.
Page 132, lines 2-24.
Page 133, lines 2-11, 14-17, 19-22.
Page 135, lines 9-11, 14-23.
Page 136, lines 1-3, 6-8, 11-13, 16-18, 21-24.
Page 137, lines 2-7, 10-25.
Page 138, lines 1, 4-7, 9-15, 17-25.
Page 139, lines 3-25.
Page 140, lines 1-7, 10-14, 16-22.
Page 142, lines 8-22.
Page 147, lines 1-15, 17-21, 23, 24.
Page 148, lines 1-10, 12-15, 18-25.
Page 149, lines 1-11, 14-21, 24, 25.
Page 150, lines 1-6, 9-16, 19-25.
Page 151, lines 1-3, 6-11, 13-16, 18, 19, 22-25.
Page 152, lines 1-8, 17-25.
Page 153, lines 1-3, 9, 10, 12-20, 23-25.
Page 154, lines 1-25.
Page 155, lines 1, 3-25.
Page 156, lines 1-14.
Page 157, lines 9-25.
Page 158, lines 1, 3-5, 7.
Page 159, lines 1-13, 15-18, 21-25.
Page 160, lines 2, 3, 6-17, 23-25.
Page 161, lines 2-4, 6-16, 18-25.
Page 162, lines 1, 3, 4, 6-19, 21-25.
Page 163, lines 7, 8, 10-17, 19-23.
Page 164, lines 1-4, 7-9, 11-17, 19-22.
Page 165, lines 1-6, 9-14, 17-25.
Page 166, lines 1, 2, 5-25.
Page 167, lines 2-15, 18-25.
Page 168, lines 1, 4-14, 17, 18, 21-25.
Page 169, lines 1-9, 12-25.
Page 170, lines 1, 2, 5-9, 11, 14-25.
Page 171, lines 1, 3-7, 9-14, 17-23, 25.
Page 172, lines 1, 2, 4-25.

CASE NO. 0:18-cv-60788-MARTINEZ/SNOW

Page 173, line 1 through Page 174, line 25.
Page 175, lines 1-7, 12-16, 19-25.
Page 176, lines 1-7, 10-25.
Page 177, lines 1, 2, 10-13.
Page 178, lines 1-25.
Page 179, lines 1-16.
Page 186, lines 6-17, 20-25.
Page 187, lines 1-25.
Page 188, lines 1, 2.

SCOTT WILEY
Page 25, lines 17-25.
Page 26, lines 1-9.
Page 27, lines 7-10.
Page 38, lines 23-25.
Page 39, lines 1-17.
Page 54, lines 1-13.
Pag 58, lines 18-25.
Page 59, lines 1-20.
Page 62, lines 15-25.
Page 63, line 1 through Page 69, line 25.
Page 70, lines 1-17.
Page 72, lines 12-25.
Page 73, lines 1-25.
Page 74, lines 1-16.
Page 101, line 1 through Page 103, line 25.
Page 104, lines 1-11.
Page 123, lines 3-10.
Page 151, lines 3-7, 24, 25.
Page 152, lines 1-11.
Page 156, lines 1-18.
Page 176, lines 6-15.

BRIAN A. MANCUSO
Page 46, line 25.
Page 47, lines 1-13, 16-19, 21-24.
Page 48, lines 1, 4, 23-24.
Page 49, lines 1-6, 9.
Page 52, lines 4-11.
Page 53, lines 3-8, 10-16, 19.
Page 57, lines 11-18.
Page 59, lines 6-10, 12-14, 16-18, 20.
Page 67, lines 19-21, 23.
Page 68, lines 3-25.
Page 69, lines 1-4, 10-15, 17-20, 22-25.
Page 70, lines 2-4, 7-9, 11-13, 16-20, 23-25.

Page 71, lines 2-5, 8-10, 12-14, 16, 18-19, 22-25.
Page 72, lines 1, 4-6, 8-10, 13.
Page 74, lines 9, 10, 13, 14, 17.
Page 76, lines 13-16.
Page 77, lines 21, 22, 25.
Page 85, lines 15-25.
Page 86, lines 1-18.
Page 91, lines 19-22, 25.
Page 95, lines 2-4, 6, 8-11.
Page 96, lines 22-25.
Page 97, lines 1-20, 23-25.
Page 98, lines 1, 4-12, 14-21, 23-25.
Page 99, lines 1-14.
Page 101, lines 4, 5, 8-10, 12-14, 16.
Page 102, lines 1-5.
Page 103, lines 4-7, 9-25.
Page 104, lines 1-15, 17.
Page 106, lines 22-25.
Page 107, lines 1-25.
Page 108, lines 1-7, 9-12, 15-25.
Page 109, line 1-25.
Page 110, lines 1, 2-25.
Page 111, lines, 1-3, 5-13, 16-19, 21-25.
Page 112, lines 1-5, 7-11, 13-16, 19-23.
Page 113, lines 1-4, 6-10, 13-15, 17-20.
Page 116, lines 5, 6, 9-15, 17-20, 22-25.
Page 117, lines 1-10, 13-17, 20-23, 25.
Page 118, lines 1-3, 5-11, 13-16, 19-24.
Page 119, lines 2-5, 9-11, 21-25.
Page 120, lines 1-3, 19-25.
Page 121, lines 1-9, 12-14, 17.
Page 124, lines 1-3, 5-8, 11.

THOMAS P. SHAUGHNESSY
Page 27, lines 15-25.
Page 28, lines 1-8.
Page 35, lines 4-17.
Page 37, lines 17-25.
Page 38, lines 1-6.
Page 40, lines 4-25.
Page 41, lines 1-25.
Page 42, lines 1-9.
Page 43, lines 24, 25.
Page 44, lines 1-9.
Page 45, lines 12-25.
Page 46, lines 1-5.

Page 66, lines 9-19.
Page 73, lines 12-19.
Page 101, lines 8-25.
Page 102, line 1 through Page 104, line 25.
Page 105, lines 1-21.
Page 106, lines 22-25.
Page 107, lines 1-25.
Page 108, lines 1-10.
Page 116, lines 4-24.
Page 117, lines 3-25.
Page 118, lines 1-16.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: September 12, 2019

Respectfully submitted,

*/s/ Wayne H. Schwartz*
Wayne H. Schwartz, Bar No. 907390
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, Florida 33431
Telephone: 561-981-9988
Email: schwartz@leeamlaw.com

James J. Kernell (*pro hac vice*)
Kyle D. Donnelly (*pro hac vice*)
ERICKSON KERNELL IP, LLC
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: 913-549-4700
Email: jjk@kcpatentlaw.com
    kdd@kcpatentlaw.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Stephen Calabrese,*
*Nextel, Inc. d/b/a Nextel Worldwide,*
*Retrobrands USA LLC, Jeffrey Kaplan*
*and Nextel Mobile Worldwide Inc.*

**SERVICE LIST**

*Attorneys for Plaintiff/Counterclaim Defendant*
<u>SPRINT COMMUNICATIONS, INC.</u>

McGuire Woods LLP
Sara F. Holladay-Tobias, Esq.
stobias@mcguirewoods.com
flservice@mcguirewoods.com
Emily Yandle Rottmann, Esq.
erottmann@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202

McGuire Woods LLP
Amanda L. DeFord, Esq.
adeford@mcguirewoods.com
Lucy J. Wheatley, Esq.
lwheatley@mcguirewoods.com
Claire H. Eller, Esq. (*pro hac vice*)
celler@mcguirewoods.com
Brian C. Riopelle, Esq. (*pro hac vice*)
briopelle@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

McGuire Woods LLP
Brad R. Newberg, Esq.
bnewberg@mcguirewoods.com
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22101