UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
**Case Number: 18-60788-CIV-MARTINEZ-SNOW**

SPRINT COMMUNICATIONS, INC.,
    Plaintiff,

v.

STEPHEN CALABRESE, et al.,
    Defendants.
_____/

## ORDER CONTINUING TRIAL AND STAYING CASE

THIS CAUSE came before the Court upon the parties' agreement made pursuant to the Status Conference held on September 19, 2019 at 2:00 PM. After careful consideration—and as agreed to by the parties—it is hereby:

**ORDERED AND ADJUDGED** that

1. This case is **STAYED** pending a ruling by the Court on the parties' Motions for Summary Judgment, [ECF Nos. 120–122].

2. After the Court has ruled on such motions, and no longer than <u>sixty days</u> from the date of this Order, the Court will reset any necessary pretrial deadlines and the trial.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of September, 2019.

                                    JOSE E. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record