UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**Case Number: 18-60788-CIV-MARTINEZ**

SPRINT COMMUNICATIONS, INC.,

      *Plaintiff/Counterclaim Defendant,*

v.

STEPHEN CALABRESE, et al.,

      *Defendants/Counterclaim Plaintiff.*

_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED**
**MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**

THIS CAUSE having come before the Court upon Plaintiff's Unopposed Motion for Leave to File Under Seal Certain Exhibits Related to Sprint's Omnibus Motion *in limine* (the "Motion"), (ECF No. 241). This Court has reviewed the record and Motion and is otherwise fully advised of the premises. After careful consideration of the unopposed Motion, it is

ORDERED AND ADJUDGED that:

1. The Motion, (ECF No. 241), is GRANTED.

2. Plaintiff shall file Exhibits B, F, G, and H to Plaintiff's Omnibus Motion *in limine*, (ECF No. 240), under seal. The exhibits shall remain under seal for the duration of the case or until further Order of the Court or agreement of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th day of February, 2022.

                            _____
                            JOSE E. MARTINEZ
                            UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record