UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-60788-CV-MARTINEZ-SNOW

SPRINT COMMUNICATIONS LLC,

    Plaintiff/Counter-Defendant,

v.

STEPHEN CALABRESE, NEXTEL, INC.
d/b/a NEXTEL WORLDWIDE;
RETROBRANDS USA LLC;
JEFFREY KAPLAN; and
NEXTEL WORLDWIDE, INC.

    Defendants/Counter-Plaintiffs.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Sprint Communications LLC's Motion for Rule 11 Sanctions and Incorporated Memorandum of Law (the "Motion for Sanctions"), (ECF No. 85). (Order Reference, ECF No. 86.) Hence, Magistrate Judge Snow filed the subject Report and Recommendation, which recommended that this Court deny the Motion for Sanctions. (R&R, ECF No. 182, at 11–12.) Thereafter, Plaintiff filed its Objections to the Report and Recommendation. (ECF No. 190.)

This Court reviewed the entire file and record and made a de novo review of the Motion for Sanctions and issues that the objections to the Report and Recommendation present. The Court finds that the issues raised in Plaintiff's objections, (ECF No. 190), are already addressed in Magistrate Judge Snow's Report and Recommendation, (ECF No. 182), or are without merit. After careful consideration, it is

ADJUDGED that United States Magistrate Judge Snow's Report and Recommendation, (ECF No. 182), is AFFIRMED and ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that the Motion for Sanctions, (ECF No. 85), is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of March, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record