**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

**Case No. 0:18-cv-60788-MARTINEZ/SNOW**

SPRINT COMMUNICATIONS, LLC,

      Plaintiff/Counterclaim Defendant,

v.

STEPHEN CALABRESE, as an individual,
NEXTEL, INC. d/b/a NEXTEL
WORLDWIDE, RETROBRANDS USA
LLC, JEFFREY KAPLAN, as an individual,
and NEXTEL MOBILE WORLDWIDE
INC.

      Defendants/Counterclaimants.

Jury Trial Demanded

_____

**NOTICE OF SPRINT'S FILING OF**
**DEPOSITION DESIGNATIONS FOR TRIAL**

      Pursuant to this Court's Order on Trial Procedures (ECF 229) and Order on Deposition

Designations (ECF 257), Plaintiff Sprint Communications, LLC submits the attached chart of

deposition designations and the corresponding deposition transcripts as required by the Court in

Paragraphs 10-11 of the Court's Order on Trial Procedures.  Following the Court's Order on

Deposition Designations (ECF 257), Sprint has tried to work with counsel for Defendants to

prepare a joint submission as required by the Court.  Counsel for Defendants did agree to pare

down the list of witnesses for whom deposition testimony would be submitted.  Counsel for

Defendants have not provided a statement supporting their reasons for designating deposition

testimony, and have not provided revisions to or sign-off on these materials.  Sprint is therefore

submitting the attached on its behalf only.

      The designations and objections in these deposition transcripts contains all of the

information that Sprint has received.  The deposition chart is, to Sprint's knowledge, complete except for information about the final set of designations that Defendants added on March 23, 2022, and which they have not added to the chart.

The parties are submitting deposition designations as follows:

- Sprint is designating testimony from Mr. Calabrese and Mr. Mancuso; and

- Defendants are designating testimony from Ms. Jobe and Mr. Mancuso.

The parties submit the following statements as to the propriety of these deposition designations.

Sprint's Statement:

Sprint represents that deposition testimony of Mr. Calabrese and Mr. Mancuso is proper at trial under Rule 32(a)(4).

First, counsel for Defendants have not confirmed that Mr. Calabrese will be actually present at trial.  When asked, Defendants' counsel has stated only that "We will make a trial decision whether to call Calabrese."  They have repeatedly declined to answer whether Mr. Calabrese will be present at trial for Sprint to call, despite the fact that Mr. Calabrese is a party to this case, lives within the subpoena power of the Court (and will be subpoenaed by Sprint), and is listed on both parties' witness lists.  If Mr. Calabrese is physically present and testifies at trial, then Sprint expects that it will not need to offer his deposition testimony.  However, based on his lawyer's representations, Sprint is submitting Mr. Calabrese's deposition designations to ensure that his testimony is presented.  Further, Sprint is entitled to submit Mr. Calabrese's deposition testimony at trial regardless of his availability because he is an adverse party, as well as because Mr. Calabrese provided testimony as the corporate representative for Nextel, Inc., which is also an adverse party.  *See* Fed. R. Civ. P. 32(a)(3) ("An adverse party may use for any purpose the

deposition of a party or anyone who, when deposed, was the party's officer, director, managing agent, or designee under Rule 30(b)(6) or 31(a)(4).").

Second, Mr. Mancuso is unavailable under FRCP 32(a)(4) and his deposition testimony is therefore proper. Mr. Mancuso resides and works in Kansas. He will be more than 100 miles from the place of trial, and Sprint is not able to procure his attendance by subpoena. Further, Mr. Mancuso is no longer employed by Sprint and he has a pre-planned business trip that conflicts with the trial dates. Therefore, Mr. Mancuso is "unavailable" under Rule 32(a)(4) and his deposition may be used at trial.

Defendants' Statement:

[Defendants to insert.]

\*      \*      \*

A paper copy of this Notice and the related submissions is being delivered to the Court's chambers by 4:00 p.m. ET today, per Paragraph 10 of the Order on Trial Procedures (ECF 229) and the instructions received from chambers based on COVID protocols.

Dated: March 31, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Daniel B. Rogers* | *[Permission Not Received]* |

| | |
|---|---|
| Daniel B. Rogers (FBN 195634) | Wayne H. Schwartz |
| E-Mail: drogers@shb.com | Fla. Bar No. 907390 |
| SHOOK, HARDY & BACON L.L.P. | schwartz@leeamlaw.com |
| Citigroup Center, Suite 3200 | LEE & AMTZIS, P.L. |
| 201 South Biscayne Boulevard | 5550 Glades Road, Suite 401 |
| Miami, Florida 33131 | Boca Raton, Florida 33431 |
| Telephone: 305.358.5171 | Tel:  561-981-9988 |

Sara F. Holladay
Fla. Bar No. 26225
Emily Y. Rottmann
Fla. Bar No. 93154
stobias@mcguirewoods.com
erottmann@mcguirewoods.com
flservice@mcguirewoods.com
clambert@mcguirewoods.com
MCGUIREWOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202
Tel: (904) 798-3200
Fax: (904) 798-3207

— *and* —

Brian C. Riopelle (*admitted pro hac vice*)
Lucy Jewett Wheatley *(admitted pro hac vice)*
Amanda L. DeFord *(admitted pro hac vice)*
Claire Hagan Eller *(admitted pro hac vice)*
briopelle@mcguirewoods.com
lwheatley@mcguirewoods.com
adeford@mcguirewoods.com
celler@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

*Attorneys and Trial Counsel for Plaintiff Sprint*
*Communications, LLC*

— *and* —

James J. Kernell *(admitted pro hac vice)*
Kyle D. Donnelly *(admitted pro hac vice)*
jjk@kcpatentlaw.com
kdd@kcpatentlaw.com
AVEK IP, LLC
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Tel:  913-549-4700

*Attorneys and Trial Counsel for*
*Defendants Stephen Calabrese,*
*Nextel, Inc. d/b/a Nextel*
*Worldwide, Retrobrands USA LLC,*
*Jeffrey Kaplan and Nextel Mobile*
*Worldwide Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2022, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will send notice to all counsel listed on the below Service List.

*/s/ Daniel B. Rogers*
Attorney

## SERVICE LIST
### Case No. 0:18-cv-60788-JEM-LSS

Wayne Howard Schwartz, Esq.
LEE & AMTZIS
5550 Glades Road
Suite 401
Boca Raton, FL 33431
schwartz@leeamlaw.com
*– and –*
James J. Kernell, Esq.
Kyle D. Donnelly, Esq.
AVEK IP
8900 State Line Road, Suite 500
Leawood, KS 66206
jjk@kcpatentlaw.com
kdd@kcpatentlaw.com
*Counsel for Defendants*