UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-cv-60788-JEM

SPRINT COMMUNICATIONS, INC.,

    Plaintiff/Counterclaim Defendant,

vs.

STEPHEN CALABRESE, as an individual,
NEXTEL, INC., d/b/a NEXTEL WORLDWIDE,
RETROBRANDS USA LLC,
JEFFREY KAPLAN, as an individual, and
NEXTEL WORLDWIDE MOBILE, INC.,

    Defendants/Counterclaimants.

Miami, Florida
August 21, 2019
Pages 1-9
1:38 p.m.- 1:48 p.m.

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF/COUNTERCLAIM DEFENDANT:
    *McGuireWoods, LLP*
    BY: LUCY J. WHEATLEY, ESQ.
    BY: BRIAN C. RIOPELLE, ESQ.
    800 East Canal Street
    Richmond, Virginia 23219

FOR THE DEFENDANTS/COUNTERCLAIMANTS:
    *Erickson Kernell IP*
    BY: JAMES J. KERNELL, ESQ.
    8900 State Line Road
    Suite 500
    Leawood, Kansas 66206

    *Lee & Amtzis, PL*
    BY: WAYNE SCHWARTZ, ESQ.
    5550 Glades Road
    Boca Raton, Florida 33431

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

```
 1   REPORTED BY:      DAWN M. SAVINO, R.P.R., C.R.R.
                       Official Federal Court Stenographer
 2                     400 N. Miami Avenue, 10S03
                       Miami, Florida  33128
 3                     Telephone:  305-523-5598
 4
```

1:37:59   5                    (Court called to order)
1:38:04   6            COURTROOM DEPUTY:  Case number 18-60788-civil-Martinez,
1:38:07   7   Sprint Communications, Inc. versus Calabrese, *et al.*
1:38:09   8            Counsel, please state your appearance, starting with
1:38:12   9   the Plaintiff.
1:38:16  10            MS. WHEATLEY:  Lucy Jewett Wheatley for the Plaintiff,
1:38:18  11   Sprint Communications, Inc.
1:38:20  12            MR. RIOPELLE:  Brian Riopelle for Sprint.
1:38:21  13            THE COURT:  All right.
1:38:25  14            MR. SCHWARTZ:  Wayne Schwartz, Your Honor, counsel for
1:38:26  15   all of the Defendants.
1:38:28  16            MR. KERNELL:  And Jim Kernell for all the Defendants.
1:38:37  17            THE COURT:  All right.  Motion for continuance.  I
1:38:41  18   can't give you 90 days, but I can give you some time because I
1:38:45  19   have a case that's specially set or -- not specially set, but is
1:38:50  20   older than yours that is going up for trial this trial calendar.
1:38:57  21   I can give you September 26th calendar call and September 30th
1:39:01  22   trial period.  That's the best I can do for you at this point.
1:39:06  23   I mean, it's possible that some criminal case can come up before
1:39:11  24   then that would take priority because, as you know, Congress has
1:39:15  25   deemed that criminal cases take priority, and while I can

```
1:39:20   1    understand that if I were in jail I would want to get it done
1:39:29   2    and over quickly, sometimes it kind of offends me.  So I'll
1:39:31   3    grant a motion for continuance.
1:39:34   4             What else do we have that needs to be considered at
1:39:38   5    this particular time?  We're working on motions in limine,
1:39:42   6    motions for summary judgment, expedited motion for preliminary
1:39:44   7    injunction which were referred to Judge Snow.  These are being
1:39:48   8    worked on currently, and will be ruled on as soon as we can.
1:39:54   9             What else do we need to do today?  Is there anything?
1:39:55  10             MR. SCHWARTZ:  Your Honor, I would just ask in light of
1:40:00  11    the short continuance, can the time to file the joint pretrial
1:40:04  12    stip and the voir dire and the jury instructions move along in
1:40:06  13    step with the --
1:40:08  14             THE COURT:  Carry them with those.  You know, the dates
1:40:15  15    that are due are before trial so yes, you can do that, but try
1:40:20  16    to get them as early as you can so that we can deal with the
1:40:27  17    matters before then.  Well yeah, the dates will come with the
1:40:33  18    time.  I don't remember what they are, but whatever they are
1:40:35  19    they'll relate to that trial date.
1:40:35  20             MR. SCHWARTZ:  Thank you, Your Honor.
1:40:37  21             THE COURT:  All right?  We'll put out a written order
1:40:37  22    today.
1:40:45  23             All right?  Anything else?  He seems to want to talk to
1:40:46  24    you about something.
1:40:48  25             MR. SCHWARTZ:  I'm sorry, Your Honor.  And we're
```

```
1:40:50   1    obviously excused from the calendar call.
1:40:51   2            THE COURT:  Yes.  This calendar call is off, the
1:40:54   3    calendar call that you have to come to is September 26th.
1:40:58   4            All right?  Anything else?
1:41:00   5            MR. RIOPELLE:  Just one --
1:41:01   6            THE COURT:  Go.
1:41:03   7            MR. RIOPELLE:  -- thing.  You had said that we could
1:41:07   8    ask questions.  I just was going to ask, how do you do jury
1:41:08   9    selection?  Do you --
1:41:15  10            THE COURT:  Sure.  We'll bring in, what is it; 20,
1:41:16  11    Wanda?
1:41:20  12            COURTROOM DEPUTY:  Usually it's 20, but how long is
1:41:21  13    this trial?
1:41:23  14            THE COURT:  How long do you think we'll take, this
1:41:24  15    trial?
1:41:25  16            MR. RIOPELLE:  Four days.
1:41:27  17            THE COURT:  Three or four days?
1:41:28  18            COURTROOM DEPUTY:  Okay.  20 people.
1:41:32  19            THE COURT:  Okay.  We'll bring in 20 people, they'll
1:41:38  20    fit up in here with some chairs that we'll put in the front of
1:41:45  21    the -- they'll be numbered consecutively starting on this end
1:41:49  22    with one, two, three, four, five, and we'll go directly behind
1:41:53  23    to six, and then it will go all the way to tend.  So we'll have
1:42:01  24    20 jurors to pick.  I'll ask questions.  If you have questions
1:42:05  25    you want to propose, make sure you turn them in at the
```

```
1:42:07   1    appropriate time.  I will ask the questions that are proposed.
1:42:11   2            We do have on that particular calendar, just for your
1:42:17   3    information, a real old case, 2012.  I don't know why it's still
1:42:23   4    around.  I presume that if it was my fault I would have gotten
1:42:26   5    yelled at already, so I suspect that it's somebody else's fault
1:42:32   6    that it's going.  I don't know how long that case is, but my
1:42:39   7    clerk can tell me how long that case is supposed to go for.
1:42:44   8    That case claims seven trial days, which means that if it goes,
1:42:47   9    the likelihood of you being able to fit into that two-week
1:42:52  10    calendar is not real good, but you'll just roll over to the next
1:42:53  11    one which is two weeks later.
1:42:59  12            All right.  Anyway, when we finish with the trial --
1:43:04  13    with the questions, I'll excuse the jury to go out into the
1:43:11  14    lobby.  When they leave to go out into the lobby, I will ask the
1:43:15  15    Plaintiff for challenges for cause on the entire panel.  Tell me
1:43:18  16    whatever challenges for cause you have on the entire panel.
1:43:21  17    Once that is done, then we will have a pool and we will submit
1:43:27  18    to you eight jurors.  You can challenge any jurors that you want
1:43:35  19    for peremptory challenges.  Once you have used your peremptory
1:43:41  20    challenges, whether it be one or two or three, at that
1:43:44  21    particular time then I will replace the challenged jurors to get
1:43:48  22    back to eight and give it to the Defendants.  The Defendants can
1:43:53  23    then challenge any of the eight for preemptory challenges.  Once
1:43:58  24    we're finished with that cycle, we'll come back to the
1:44:01  25    Plaintiff.  If you have any challenges left, you may only
```

| | | |
|---|---|---|
| 1:44:03 | 1 | challenge those people that were not available to you to |
| 1:44:07 | 2 | challenge the first time.  In other words, you only get one shot |
| 1:44:12 | 3 | at peremptory challenges.  Let's say we replace two and four. |
| 1:44:16 | 4 | They can get the eight, and you will be able to challenge any of |
| 1:44:18 | 5 | the new people that come on, and two and four that have been |
| 1:44:22 | 6 | replaced.  They'll go on sequentially.  In other words, they'll |
| 1:44:26 | 7 | be at the end of the line anyway.  We don't set them in |
| 1:44:29 | 8 | particular -- they're not physically here, they're out in the |
| 1:44:30 | 9 | hallway. |
| 1:44:36 | 10 | Then we have eight jurors.  Basically we do not have |
| 1:44:42 | 11 | alternates for civil trials.  All of them will sit, and we'll |
| 1:44:45 | 12 | continue forward until we're done.  When we have our eight |
| 1:44:48 | 13 | jurors, we'll start the case. |
| 1:44:51 | 14 | Any questions about that, or did I explain it stupidly? |
| 1:44:53 | 15 | MR. RIOPELLE:  No.  No.  Actually, Your Honor, it was |
| 1:44:56 | 16 | perfect.  You hit the one question I wanted which is once you |
| 1:44:58 | 17 | pass on a juror, you can't go back. |
| 1:44:59 | 18 | THE COURT:  Right. |
| 1:45:01 | 19 | MR. RIOPELLE:  And that -- |
| 1:45:04 | 20 | THE COURT:  Once you give a juror to the other side, |
| 1:45:07 | 21 | they're yours forever unless they challenge them.  All right? |
| 1:45:10 | 22 | MR. RIOPELLE:  The only other question I have is are |
| 1:45:16 | 23 | attorneys provided information about the voir dire panel at any |
| 1:45:19 | 24 | time before the panel comes in? |
| 1:45:21 | 25 | THE COURT:  No.  No, I'll ask whatever questions you |

```
1:45:24   1    want me to ask and I'm sure you'll have plenty of questions
1:45:29   2    suggested.  I think most of the -- I don't really -- you know, I
1:45:33   3    do understand, I was -- I did trial work for many years, so I
1:45:39   4    fully understand the need to schmooze with the jurors or the
1:45:42   5    desire to schmooze with the jurors.  It just takes an awful lot
1:45:46   6    of time and we don't have all that much time, so I don't really
1:45:47   7    allow it.
1:45:51   8            What else you want to know?
1:45:52   9            MR. RIOPELLE:  The other question, I saw that you have
1:45:56  10    a rule that you always have to be close to a microphone.
1:45:57  11            THE COURT:  Correct.
1:46:00  12            MR. RIOPELLE:  For opening and closing statements --
1:46:02  13            THE COURT:  You can turn that microphone toward them,
1:46:06  14    you can turn that -- the desk.
1:46:07  15            MR. RIOPELLE:  Is there a rule I can't leave?
1:46:09  16            THE COURT:  No.  You can't even go there, because the
1:46:14  17    microphones are over there.  So yes, you have to stand behind it
1:46:17  18    although, like I say, you can tilt it to the -- to face the jury
1:46:18  19    if you wish.
1:46:19  20            MR. RIOPELLE:  Okay.
1:46:22  21            THE COURT:  This one is for electronic presentations.
1:46:28  22    There's an ELMO machine on the right and the computer works on
1:46:31  23    the left.  If you are making something where you have to do the
1:46:34  24    ELMO machine then you can come up and use this microphone, but
1:46:37  25    when you're finished, go back and use that microphone.  It's
```

```
1:46:42   1    better to stay behind the lectern at all times.  People refer to
1:46:45   2    it as a podium, but I discovered that it actually is a lectern.
1:46:50   3    You stand on a podium, you stand behind a lectern.  Okay?
1:46:52   4              MR. RIOPELLE:  I learned something new.
1:46:55   5              THE COURT:  See, now you know everything.  Now you know
1:46:56   6    everything.
1:46:57   7              What else do you need to know?
1:47:00   8              MR. RIOPELLE:  If we bring in a tech person, because
1:47:04   9    most of the exhibits are obviously with this new system, we just
1:47:06   10   have them sit at the end and then --
1:47:08   11             THE COURT:  You can have them sit anywhere you want at
1:47:08   12   your table.
1:47:09   13             MR. RIOPELLE:  Okay.
1:47:12   14             THE COURT:  Unless you run out of room.  If you run out
1:47:16   15   of room, it's got to be at the first row of the audience.
1:47:18   16             MR. RIOPELLE:  I do not think we'll run out of room.
1:47:19   17             THE COURT:  Okay.
1:47:20   18             MR. RIOPELLE:  I don't have anything else.  Thank you,
1:47:20   19   Your Honor.
1:47:23   20             THE COURT:  All right.  Anybody else have any
1:47:28   21   questions?  If not, we'll be in recess.
1:47:32   22             COURT SECURITY OFFICER:  All rise.
1:47:35   23             THE COURT:  Oh, wait.  I got to log out or people will
1:47:39   24   think I'm working all day, and I don't want to ruin my image.
1:47:51   25             Yeah.  My courtroom deputy reminds me if you're
```

```
1:47:55   1    bringing in a tech person with computers and stuff, you need to
1:47:59   2    file a request, an order.  Request for an order, which we will
1:48:02   3    grant.  Otherwise, they'll get stuck down at the security thing
1:48:05   4    and not be able to come in.  As you know lawyers are permitted
1:48:11   5    to bring phones in, probably technically permitted to bring
1:48:14   6    computers in.  But just in case, ask for it so that we don't
1:48:17   7    have -- so I don't have to try to call the court security
1:48:22   8    officers downstairs and give them a hard time when they don't
1:48:25   9    deserve it.  Okay?
1:48:29  10            Go ahead.  Go on about your business.
1:48:34  11            MR. RIOPELLE:  Thank you, Your Honor.
1:48:34  12            MR. SCHWARTZ:  Thank you, Your Honor.
1:48:34  13            (PROCEEDINGS CONCLUDED)
1:48:34  14
1:48:34  15                         C E R T I F I C A T E
               I certify that the foregoing is a correct transcript from the
1:48:34  16    record of proceedings in the above-entitled matter.

1:48:34  17    4/8/2022                /s/ Dawn M. Savino, R.P.R., C.R.R.
               Date                        DAWN M. SAVINO, R.P.R., C.R.R.
1:48:34  18
1:48:34  19
         20
         21
         22
         23
         24
         25
```