**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**

SPRINT COMMUNICATIONS, LLC,

    Plaintiff/Counterclaim Defendant,

v.

STEPHEN CALABRESE, as an individual, NEXTEL, INC. d/b/a NEXTEL WORLDWIDE, RETROBRANDS USA LLC, JEFFREY KAPLAN, as an individual, and NEXTEL MOBILE WORLDWIDE INC.

    Defendants/Counterclaimants.

Case No. 0:18-cv-60788-JEM-LSS

Jury Trial Demanded

### PLAINTIFF SPRINT COMMUNICATION, LLC'S TRIAL EXHIBIT LIST

| PRESIDING JUDGE: Honorable Jose E. Martinez | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz |
|---|---|---|
| TRIAL DATE: April 11, 2022 | COURT REPORTER: Dawn Savino | COURTROOM DEPUTY: |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
|---|---|---|---|---|---|---|
| 1 | | | | | Certificate of Registration and TSDR/TESS Information for Sprint's NEXTEL Mark, U.S. Reg. No. 1,884,244 (devices) (SPR0000001-SPR0000011) | |
| 2 | | | | | Certificate of Registration and TSDR/TESS Information for Sprint's NEXTEL Mark, U.S. Reg. No. 1,637,139 (services) (SPR0000012-SPR0000027) | |
| 3 | | | | | Certificate of Registration and TSDR/TESS Information for the Sprint Chirp Mark, U.S. Reg. No. 5,047,282 (SPR0008420-SPR0008421; SPR0008528-SPR0008568; SPR0003839-SPR0003850) | |
| 4 | | | | | April 22, 2015 Section 8 & 9 Declaration of Continued Use & Specimen for U.S. Reg. No. 1,884,244 (Jobe Depo. Ex. 137) | |

1

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 5 | | | | | May 20, 2010 Office Action Requiring Sprint Provide Proof of Secondary Meaning in Support of Sprint's Application to Register Sprint Chirp Mark, U.S. Reg. No. 5,047,282 (Sanctions – Ex. G to DeFord) | |
| 6 | | | | | November 22, 2010 Response to Office Providing Evidence of Secondary Meaning in Support of Sprint's Application to Register Sprint Chirp Mark, U.S. Reg. No. 5,047,282 (Sanctions – Ex. G to DeFord) | |
| 7 | | | | | January 20, 2011 Publication and Issue Review Complete Notification from the USTO regarding Sprint's Application to Register Sprint Chirp Mark, U.S. Reg. No. 5,047,282 | |
| 8 | | | | | Specimen of use for U.S. Reg. No. 5,047,282 (SPR0008422) | |
| 9 | | | | | Photographs of Sonim XP Strike IS box from Sprint's 2015 Inventory (SPR0000032-SPR0000033) | |
| 10 | | | | | Photographs of Sonim XP Strike IS box and user guide from Sprint's 2017 Inventory (SPR0000347-SPR0000352) | |
| 11 | | | | | Photographs of Sonim XP Strike IS box and user guide from Sprint's February 2019 Inventory (MSJ – Wiley Decl. Ex. 15) | Not produced during discovery (not sold). Objected to under FRE 401 and 403. (R, UP). |
| 12 | | | | | Photographs of Sonim XP Strike IS box and user guide from February 2019, as available in a Sprint store (MSJ – Wiley Decl. Ex. 16) | Not produced during discovery (not sold). Objected to under FRE 401 and 403. (R, UP). |
| 13 | | | | | Sprint's Revenue for the Sonim XP Strike IS device from 2013 through 1st Half of 2018 (SPR0002866) | No underlying data to support or link to Nextel. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 14 | | | | | Sprint's Units Sold for the Sonim XP Strike IS from 2013 to 2018 (SPR0003778) | No underlying data to support or link to Nextel. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 15 | | | | | Sprint's Revenue for Sonim XP Strike IS devices and Other PTT Devices that Use the Sprint Chirp Mark from October 2017 to December 2018 (SPR0009535) | No underlying data to support or link to Nextel. Objected to under FRE 401, 403 and 1006. (R, UP, A). |

2

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 16 | | | | | Summary Chart of Sprint's Purchase Order History for the Sonim XP Strike IS (SPR0000524) | No underlying data to support or link to Nextel. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 17 | | | | | Purchase Orders for Sonim XP Strike IS, issued by Nextel Systems LLC to Sonim Technologies, Inc. (SPR0002826-SPR002865) | Not evidence of trademark use; confusing to jury. Objected to under FRE 401 and 403. (R, UP). |
| 18 | | | | | Notice of Abandonment – U.S. Ser. No. 87220918 for NEXTEL (SPR0000071) | |
| 19 | | | | | Northeast Two Way Radio Corp. website, 03/13/18 (SPR0000111-SPR0000113) | |
| 20 | | | | | Tell Communications Webpage, 03/13/18 (SPR0000182-SPR0000185) | |
| 21 | | | | | Jeffrey Kaplan LinkedIn Page (SPR0000194-SPR0000195) | |
| 22 | | | | | Customer Wireless Service Plan Invoice from 2014, issued by Nextel Communications of the Mid-Atlantic, Inc and requesting payment to Sprint of Nextel Communications (SPR0008262-SPR0008297) | No trademark usage of Nextel. Objected to under FRE 401 and 403. (R, UP). |
| 23 | | | | | Customer Wireless Service Plan Invoice from 2015, issued by Nextel Communications of the Mid-Atlantic and requesting payment to Sprint or Nextel Communications (SPR0008298-SPR0008318) | No trademark usage of Nextel. Objected to under FRE 401 and 403. (R, UP). |
| 24 | | | | | Customer Wireless Service Plan Invoice from 2016, issued by Nextel Communications of the Mid-Atlantic and requesting payment to Sprint or Nextel Communications (SPR0008319-SPR0008335) | No trademark usage of Nextel. Objected to under FRE 401 and 403. (R, UP). |
| 25 | | | | | Customer Wireless Service Plan Invoice from 2017, issued by Nextel Communications of the Mid-Atlantic and requesting payment to Sprint or Nextel Communications (SPR0008336-SPR0008339) | No trademark usage of Nextel. Objected to under FRE 401 and 403. (R, UP). |
| 26 | | | | | January 11, 2018 Sprint Direct Connect Plus point-of-sale presentation (SPR0003215-SPR0003255) | |

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 27 | | | | | Sprint's Business Enterprise "Battle Card" (SPR0003287-SPR0003288) | Undated; not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 28 | | | | | Panic Emergency Transmitter point-of-sales presentation (SPR0009231-SPR0009328) | Not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 29 | | | | | Sprint Direct Connect Plus for Public Sector & Safety with Land Mobile Radio (LMR) Interoperability point-of-sale presentation (SPR0009329-SPR0009363) | Not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 30 | | | | | Sprint Direct Connect Plus point-of-sale presentation given at IWCE 2017 (SPR0003732-SPR0003740) | Not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 31 | | | | | Sprint Direct Connect Plus point-of-sale presentation (SPR0000525-SPR0000558) | Not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 32 | | | | | Photograph of Sprint's 2018 IWCE booth, displaying NEXTEL on table banners (MSJ – Wiley Dec. Ex. 12) | Not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 33 | | | | | Photographs of Sprint's 2019 IWCE booth displaying NEXTEL on table banner (Images produced at SPR0009639-SPR0009641) | Not previously produced. Objected to under FRE 401 and 403. (R, UP). |
| 34 | | | | | Examples of Online Uses of NEXTEL by Sprint from 2014-2018 (SPR0009205-SPR0009213; SPR0008424-SPR0008425) | Cannot order Nextel series or devices from website. Objected to under FRE 401 and 403. (R, UP). |
| 35 | | | | | Sprint-Nextel on Caller ID (SPR0009462) | Not trademark usage; undated. Objected to under FRE 401 and 403. (R, UP). |
| 36 | | | | | Example of Sprint's Prior Use of Yellow and Black NEXTEL Logo (SPR0009463) | Undated. Objected to under FRE 401 and 403. (R, UP). |
| 37 | | | | | Sprint Communications, Inc.'s Organizational Chart (SPR0000031) | Not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 38 | | | | | Physical Exhibits: Sonim XP Strike IS boxes, user guide, and phone from Sprint 2019 inventory (Images of exhibit include as Ex. 15 to S. Wiley Declaration in Support of Sprint's Opposition to Defendant's Motion for Preliminary Injunction, DE 115-2 at p. 231-234) | Undated.; not photos of old Nextel phones. Objected to under FRE 401 and 403. (R, UP). |

4

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 39 | | | | | Photographs of NEXTEL-branded PowerSource phones sold around 2013 that worked on both CDMA/iDEN Networks (SPR0009464-SPR0009465) | Photos of old phones. Objected to under FRE 401 and 403. (R, UP). |
| 40 | | | | | Sprint 2014 Internal Document Detailing How to activate Nextel Direct Connect on Sprint devices (SPR0003272-SPR0003279) | Instructions are not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 41 A | | | | | Physical Exhibits: Sprint Together with NEXTEL banner/signage used at 2018 IWCE (Image produced at SPR0009630) | Not tied to Nextel; no underlying data to support. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 41 B | | | | | Physical Exhibit: Sprint Together with NEXTEL banner/signage used at 2019 IWCE | Not tied to Nextel; no underlying data to support. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 42 | | | | | List of the PTT devices that Sprint offers that either have the Sprint Chirp Mark preprogrammed onto it or permit download of it (SPR0009169) | Not tied to Nextel; no underlying data to support. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 43 | | | | | Sprint's Revenue Information for Devices that use the Sprint Chirp Mark, from each devices launch date through September 2017 (SPR0009468) | Not tied to Nextel; no underlying data to support. Objected to under FRE 401, 403 and 1006. (R, UP, A). |
| 44 | | | | | Summary of Sprint's Purchase Order History for devices that use the Sprint Chirp Mark (SPR0009467) | |
| 45 | | | | | Sprint Direct Connect Plus point-of-sale presentation with audible chirp (SPR0003744) | Not trademark usage; irrelevant. Objected to under FRE 401 and 403. (R, UP). |
| 46 | | | | | Sprint Direct Connect point-of-sale presentation with presenter notes (SPR0004123-SPR0004163) | Not trademark usage; irrelevant. Objected to under FRE 401 and 403. (R, UP). |
| 47 | | | | | Example of Online Use of Sprint Chirp Mark (SPR0008426-SPR0008429) | Not trademark usage; undated as to when added. Objected to under FRE 401 and 403. (R, UP). |
| 48 | | | | | December 2018 screenshot of Google Search results for 'nextel' (Calabrese Depo. Ex. 6) | |
| 49 | | | | | Excerpts from Sprint's March 2018 Form 10-K Filing (MSJ – Wiley Ex. 14) | |

5

| PRESIDING JUDGE:<br>Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY:<br>James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE:<br>April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 50 | | | | | Physical Exhibits: Boxes for Sprint's new rugged devices with NEXTEL (images previously produced at SPR0009170-SPR0009171 and produced at SPR0009633 – SPR0009638) | |
| 51 | | | | | Customer Presentation – Sprint Direct Connect Plus 2a (Produced as SPR0009663--SPR0009700) | Not trademark usage; undated as to when added. Objected to under FRE 401 and 403. (R, UP). |
| 52 | | | | | Customer Presentation – LMR Interoperability-SDCPlus_1a1 (Produced as SPR0009642-0009662 | Not trademark usage; undated as to when added. Objected to under FRE 401 and 403. (R, UP). |
| 53 | | | | | Screenshot of Amazon search results for "nextel sprint" (SPR0000264-SPR0000269) | Old phones being sold on Amazon. Objected to under FRE 401 and 403. (R, UP). |
| 54 | | | | | Screenshots of Sonim XP Strike IS available on Sprint's website (SPR0000300-SPR0000301) | |
| 55 | | | | | Nextel-formative Domains Owned by Sprint (SPR0000487) | Not trademark usage; no underlying support. Objected to under FRE 401 and 403. (R, UP). |
| 56 | | | | | June 4, 2004 Screenshots of Sprint Nextel products offered online at <nextelonline.nextel.com> (SPR0000337-SPR0000339) | Outdated/not current usage. Objected to under FRE 401 and 403. (R, UP). |
| 57 | | | | | Sprint's 2013 Form 10-K filing (SPR0002213-SPR0002428) | |
| 58 | | | | | Sprint's 2014 Form 10-K Filing (SPR0002429-SPR0002615) | |
| 59 | | | | | Sprint's 2015 Form 10-K Filing (SPR0002616-SPR0002824) | |
| 60 | | | | | Sprint Direct Connect Plus Video Series: Launching a Call (SPR0008443) | Not trademark use/functional use. Objected to under FRE 401 and 403. (R, UP). |
| 61 | | | | | Sprint Direct Connect Commercial (SPR0008351) | Commercial from 2012; not current use. Objected to under FRE 401 and 403. (R, UP). |
| 62 | | | | | Nextel Worldwide Financial Balance Sheets (NEXTEL-1022-NEXTEL-1028) | Designated Highly Confidential - AEO |

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 63 | | | | | Device Spec Sheets Including Third-Party Certifications (SPR0009469-SPR0009534) | Irrelevant; no Nextel usage in documents. Objected to under FRE 401 and 403. (R, UP). |
| 64 | | | | | Sprint NEXTEL Commercials (SPR000329-SPR000336; SPR0008423; SPR0008341; SPR0008343; SPR0008367-SPR0008368) | Legacy commercials; not current usage. Objected to under FRE 401 and 403. (R, UP). |
| 65 | | | | | Certificate of Merger between Sprint Communications, Inc. and Nextel Communications, Inc. (SPR0000028-SPR0000030) | Irrelevant: not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 66 | | | | | Certificates of Compliance with Various Standards and Regulations (SPR0000506; SPR0000512-SPR0000514;) | Irrelevant: not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 67 | | | | | September 10, 2018 Screenshots of <nextelmobileworldwide.com> (SPR0003339-SPR0003357; SPR0008103-SPR0008105; SPR0008522-SPR0008524) | |
| 68 | | | | | March 13, 2018 and August 7, 2019 Screenshots of <retrobrands.net> (SPR0000187-SPR0000193) | |
| 69 | | | | | March 13, 2018 Screenshots of <nextelworldwide.com> (SPR0000072-SPR0000096) | |
| 70 | | | | | U.S. Appl. No. 87/220,918, filed by Stephen Calabrese to register NEXTEL (SPR0000045-SPR0000050) | |
| 71 | | | | | February 8, 2017 Office Action Refusing U.S. Appl. No. 87/220,918 (SPR0000051-SPR0000058) | |
| 72 | | | | | July 31, 2017 Response to February 8, 2017 Office Action Refusing U.S. Appl. No. 87/220,918 (SPR0000059-SPR0000060) | |
| 73 | | | | | August 8, 2017 Final Office Action Refusing U.S. Appl. No. 87/220,918 (SPR0000061-SPR0000066) | |
| 74 | | | | | December 21, 2017 Notice of Appeal of Final Office Action Refusing U.S. Appl. No. 87/220,918 (SPR0000067) | |

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 75 | | | | | February 1, 2018 Notice of Abandonment of Appeal and U.S. Appl. No. 87/220,918 (SPR0000068-SPR0000069) | |
| 76 | | | | | February 6, 2018 Dismissal of Appeal and Acceptance of Abandonment of U.S. Appl. Ser. No. 87/220,918 (SPR0000070) | |
| 77 | | | | | U.S. Appl. No. 87/774,826, filed by Retrobrands USA LLC to register NEXTEL (SPR0000204-SPR0000210) | |
| 78 | | | | | March 12, 2018 Office Action Refusing U.S. Appl. No. 87/774,826 (SPR0000211-SPR0000240) | |
| 79 | | | | | U.S. Appl. No. 88/049,689, filed by Retrobrands USA LLC to register 'chirp' sensory mark (SPR0008406-SPR0008412) | |
| 80 | | | | | February 1, 2019 Office Action Refusing U.S. Appl. No. 88/049,689 | |
| 81 | | | | | U.S. Appl. No. 88/049,692 filed by Retrobrands USA LLC to register 'chirp' sensory mark (SPR0008413-SPR0008419) | |
| 82 | | | | | October 25, 2018 Office Action Refusing U.S. Appl. No. 88/049,692 (SPR0008253-SPR0008261) | |
| 83 | | | | | Florida Division of Corporations Records for Nextel, Inc. d/b/a Nextel Worldwide (SPR0000034-SPR0000044) | |
| 84 | | | | | Nextel Worldwide's Product Sheets (SPR0000097-SPR0000110) | |
| 85 | | | | | Nextel Worldwide Pricing sheet for goods and services (NEXTEL-1048-NEXTEL-1051) | |
| 86 | | | | | February 6, 2018 Press Release titled "Iconic Nextel Communications Brand has Been Relaunched Across America" (SPR0000247) | |
| 87 | | | | | January 5, 2017 Letter from Stephen Calabrese to Carl Mathis at Power Sales Corporation (NEXTEL-1055) | |

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 88 | | | | | November 10, 2017 Email Chain between Stephen Calabrese and Scott Porter et al., Re: FW: Unauthorized Use of the Sprint and Nextel Trademark at http://getnextel.com/ [IFID:5MX1RL] (NEXTEL-1287-NEXTEL-1289) | |
| 89 | | | | | October 25, 2017 Email Chain between Stephen Calabrese and Sprint et al., Re: Continued Use of Nextel (SPR0006631-SPR0006633) | |
| 90 | | | | | November 8, 2017 Email Chain between Stephen Calabrese and Carl Mathis et al., Re: Unauthorized Use of the Sprint and Nextel Trademark at http://power-sales.biz/nextel.html [IFID:5MX2CX] (NEXTEL-1290-NEXTEL-1291) | |
| 91 | | | | | November 9, 2017 Email Chain between Stephen Calabrese and Phil Froemming, Re: Nextel (NEXTEL-1258 - NEXTEL-1259) | |
| 92 | | | | | August 2018 Florida Corporation Filing by Jeffrey Kaplan to Change the Name of Global Beverages, Inc. to Nextel Mobile Worldwide, Inc. (SPR0008400-SPR0000405) | |
| 93 | | | | | December 27, 2018 Report from Vaudra International, RE: Counterfeit (US/FL), NEXTELWORLDWIDE.COM [Distributors[MWG016.18.C (SPR0009132-SPR0009141) | |
| 94 | | | | | ICANN WHOIS information for <nextelmobileworldwide.com> (SPR0003779-SPR0003780) | |
| 95 | | | | | April 2, 2017 Email from Brian Mancuso to Mike Allen et al., FW: Legal Concern of use of Nextel (SPR0000597-SPR0000600) | |
| 96A | | | | | Photographs of Defendants at IWCE in 2017 Part 1 (SPR0000789) | |
| 96B | | | | | Photographs of Defendants at IWCE Part 2 (SPRI0000602-SPR0000605) | |
| 96C | | | | | Photographs of Defendants at IWCE 2018 (SPR0000255, SPR0000256, SPR0000258, SPR00003714) | |

9

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 97 | | | | | Photograph of Defendants Use of NEXTEL at IWCE in 2019 | |
| 98 | | | | | June 2017 Invoice from Nextel, Inc. to Chicago Equipment Corp. and FlipCo (NEXTEL-1021) | |
| 99 | | | | | April 26, 2017 Cease and Desist Letter from Sprint to Stephen Calabrese and Nextel Worldwide (SPR0000114-SPR0000119) | |
| 100 | | | | | Nextel LinkedIn Page (SPR0009577-SPR0009578) | |
| 101 | | | | | Nextel Website Video (SPR0009579) | Not trademark usage; undated. Objected to under FRE 401 and 403. (R, UP). |
| 102 | | | | | Push to Talk PTT and Cellular Mobile Solutions Webpage from Nextel Website (SPR0009580-SPR0009582) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 103 | | | | | The New Nextel Webpage from Nextel Website (SPR0009583-SPR0009585) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 104 | | | | | Coverage Map from Nextel Website (SPR0009586-SPR0009588) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 105 | | | | | Devices Page from Nextel Website (SPR0009589-SPR0009592) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 106 | | | | | Nextel Walkie Talkie Page from Nextel Website (SPR0009593-SPR0009595) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 107 | | | | | Nextel Communications Facebook Page (SPR0009536-SPR0009575) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 108 | | | | | Nextel Communications Facebook Video (SPR0009576) | |
| 109 | | | | | October 20, 2017 Email Chain between Sprint and Nextel Worldwide's Counsel, Re: C768357748 nextelworldwide.com (SPR0006564-SPR0006571) | |
| 110 | | | | | October 26, 2017 Email from Nextel Worldwide's Counsel to Sprint, Re: Steven Calabrese (SPR0000257) | |
| 111 | | | | | February 8, 2018 Email from Nextel Worldwide's Counsel to Sprint, Re: NEXTEL/Calabrese (SPR0000186) | |

10

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 112 | | | | | October 23, 2017 Email Chain between Sprint and Nextel Worldwide's Counsel et al., RE:C768357748 nextelworldwide.com (SPR0006597-SPR0006601) | |
| 113 | | | | | Defendants' "Nextel Is Back" Advertisement (SPR0008342) | |
| 114 | | | | | List of NEXTEL-branded Devices Sprint Offered from 2005-2013 (SPR0008340) | Irrelevant, unsupported. Objected to under FRE 401 and 403. (R, UP). |
| 115 | | | | | Neal Expert Report and Jacoby Study (SPR0008569-SPR0009130) | Irrelevant file history based on Nextel usage not Sprint. Objected to under FRE 401 and 403. (R, UP). |
| 116 | | | | | Nextel Communications, Inc. – Company Profile (SPR0003679-SPR0003686) | |
| 117 | | | | | Defendants' Merchandising License Agreement (NEXTEL-1029 to NEXTEL-1047) | Designated Highly Confidential - AEO |
| 118 | | | | | Nextel Worldwide's and Calabrese's Responses to First Set of Requests for Admission, served on January 22, 2019 | |
| 119 | | | | | Retrobrands' and Kaplan's Responses to First Set of Requests for Admission, served on January 22, 2019 | |
| 120 | | | | | Nextel Mobile Worldwide's Responses to First Set of Requests for Admission, served on January 22, 2019 | |
| 121 | | | | | Nextel Mobile Worldwide's Responses to First Set of Interrogatories, served January 14, 2019 | |
| 122 | | | | | Defendants' Responses to Second Set of Interrogatories, served January 14, 2019 | |
| 123 | | | | | Nextel Worldwide's, Calabrese's, and Retrobrands' Supplemental Responses to First Set of Interrogatories, served on September 28, 2018 | |
| 124 | | | | | Nextel Car Video (SPR0009596) | Irrelevant; objected to under FRE 401 and 403. (R, UP). |
| 125 | | | | | CAT s22 Flip Phone Photos (SPR0009597-SPR0009604) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |

11

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 126 | | | | | CAT S62 SmartPhone Photos (SPR0000201-SPR0000203) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |
| 127 | | | | | Trademark Trial and Appeal Board documents for KABOOM (Cancellation No. 92066286) (SPR0000201-SPR0000203) | |
| 128 | | | | | Physical Exhibit: Certified Copy of SPR0000001-SPR0000011 (Registration for Sprint's NEXTEL Mark, U.S. Reg. No. 1,884,244 (devices)) and certified copy of file wrapper | |
| 129 | | | | | Physical Exhibit9: Certified Copy of SPR0000012-SPR0000027 (Registration for Sprint's NEXTEL Mark, U.S. Reg. No. 1,637,139 (services)) and certified copy of file wrapper | |
| 130 | | | | | Physical Exhibit: Certified Copy of SPR0008420-SPR0008421; SPR0008528-SPR0008568; SPR0003839-SPR0003850 (Registration for the Sprint Chirp Mark, U.S. Reg. No. 5,047,282) and certified copy of file wrapper | |
| 131 | | | | | Spreadsheet with Sales of XP Strike and XP Strike IS from January 2017 to January 2019 (MSJ – Wiley Ex. 3) | Irrelevant; no trademark usage; no supporting data. Objected to under FRE 401 and 403. (R, UP). |
| 132A | | | | | Physical Exhibit: Kyocera Dura XT (Produced for inspection at the deposition of Scott Wiley) | |
| 132B | | | | | Physical Exhibit: Sprint Kyocera Dura Plus (Produced for inspection at the deposition of Scott Wiley) | |
| 132C | | | | | Physical Exhibit: Sonim XP5S (Produced for inspection at the deposition of Scott Wiley) | |
| 132D | | | | | Physical Exhibit: Sonim XP Strike (Produced for inspection at the deposition of Scott Wiley) | |
| 132E | | | | | Physical Exhibit: Sonim XP Strike IS (Produced for inspection at the deposition of Scott Wiley) | |

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 132F | | | | | Physical Exhibit: Kyocera Torque (Produced for inspection at the deposition of Scott Wiley) | |
| 132G | | | | | Physical Exhibit: Kyocera Dura TR (Produced for inspection at the deposition of Scott Wiley) | |
| 132H | | | | | Physical Exhibit: Kyocera Dura XTP (Produced for inspection at the deposition of Scott Wiley) | |
| 132I | | | | | Physical Exhibit: Kyocera DuraForce Pro (Produced for inspection at the deposition of Scott Wiley) | |
| 133 | | | | | USPTO Results for Retrobrands Trademark Applications (SPR0000196- SPR0000197) | |
| 134 | | | | | Trademark Trial and Appeal Board documents for PEARL DROPS (Cancellation No. 92066559) (SPR0000198-SPR0000200) | |
| 135 | | | | | Physical Exhibit: Nextel Worldwidephone purchased by Vaudra International (images produced atSPR0009132-SPR0009141) | |
| 136 | | | | | Screenshot of "Nextel Nostalgic Videos" from URL https://www.nextelmobileworldwide.com/nextel-nostalgic-videos/. (images produced at SPR0003347) | |
| 137 | | | | | Petition for Cancellation of NEXTEL and NEXTEL DIRECT CONNECT filed 01/30/18 (SPR0000249-SPR0000254) | |
| 138 | | | | | One Phone. Two Networks ad (SPR0000359) | 2008 advertisement. Objected to under FRE 401 and 403. (R, UP). |
| 139 | | | | | Nextel Coverage Area Map (SPR0000585) | |
| 140 | | | | | Sprint Together With NEXTEL Brochure For Sprint PCS and Nextel Phones (SPR0003175-SPR0003176) | 2006 advertisements. Objected to under FRE 401 and 403. (R, UP). |
| 141 | | | | | Sprint Together With NEXTEL Brochure: Sprint Choices Service Plans & Rates (SPR0003211-SPR0003213) | 2006 advertisements. Objected to under FRE 401 and 403. (R, UP). |
| 142 | | | | | February 29, 2008 Nextel Direct Connect on Sprint Launch Tactics (SPR0003611-SPR0003626) | 2007 internal documents. Objected to under FRE 401 and 403. (R, UP). |

13

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 143 | | | | | October 2007 Presentation with new handsets (SPR0003629-SPR0003632) | 2007 internal documents. Objected to under FRE 401 and 403. (R, UP). |
| 144 | | | | | April 29, 2013 News Release: Sprint on schedule to shut down iDEN network within 60 days (SPR0003671-SPR0003672) | |
| 145 | | | | | Trademark Electronic Search System result for NEXTEL DIRECT CONNECT (U.S. Reg. 2,236,098) (SPR0006938) | |
| 146 | | | | | Sprint Direct Connect Commercial (SPR0008352) | Undated Sprint commercial; not trademark usage. Objected to under FRE 401 and 403. (R, UP). |
| 147 | | | | | Sprint Direct Connect Plus Video Series: Smart Phone (SPR0008439) | |
| 148 | | | | | Sonim XP3plus Photos #1 (SPR0009613-SPR0009620) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |
| 149 | | | | | Sonim XP3plus Photos #2 (SPR0009621-SPR0009628) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |
| 150 | | | | | TESS Results for Retrobrands' Application for Chirp sound (US Appl No. 88049689) | |
| 151 | | | | | TESS Results for Sprint's Application for Chirp sound (US Reg. 5047282) (Ex. A to DeFord Decl. in Support of Sprint's Motion for Rule 11 Sanctions) | |
| 152 | | | | | Webpage of building in Belgium with NEXTEL name (Exhibit J to First Amended Complaint) | Not relevant. Objected to under FRE 401 and 403. (R, UP). |
| 153 | | | | | WhoIs information for nextelisback.com (Exhibit L to First Amended Complaint) | |
| 154 | | | | | Nextel Watch Brochure (Exhibit K to First Amended Complaint) | |
| 155 | | | | | WhoIs Information for getnextel.com | |
| 156 | | | | | WhoIs Information for nextelworldwide.com | |

14

| PRESIDING JUDGE: Honorable Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Dan Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| TRIAL DATE: April 11, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | OBJECTIONS |
| 157 | | | | | Physical Exhibit: Device produced for inspection, model i450 (Images of device produced at SPR0009631-SPR0009632) | |
| 158 | | | | | Nextel Boston Youtube Video (Produced at SPR0009629) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |
| 159 | | | | | Article – "Nextel telecommunications Brand to Become Publicly Traded Via SPAC Deal" (Produced at SPR0009701-SPR0009703) | |
| 160 | | | | | Article – "The Iconic NEXTEL Telecommunications Brand is Spreading Across America; Seeking Investment" (Produced at SPR0009704-SPR0009706) | |
| 161 | | | | | Nextel Catalog 2020 (Produced at SPR0009707-SPR0009715) | |
| 162 | | | | | Certificate of Conversion to Sprint Communications LLC, filed with Kansas Office of the Secretary of State (SPR0009755- SPR0009756) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |
| 163 | | | | | February 2020 Customer Presentation - Sprint Direct Connect Plus 4b (SPR0009716-SPR0009754) | Not produced during discovery; objected to under FRE 401 and 403. (R, UP). |
| 164 | | | | | Updated Financial Information from Defendants | |
| 165 | | | | | Certified Copy of Registration for Sprint's NEXTEL Mark, U.S. Reg. No. 1,884,244 (March 2022) | |
| 166 | | | | | Certified Copy of Registration for the Sprint Chirp Mark, U.S. Reg. No. 5,047,282 (March 2022) | |

15