## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

### Case No. 0:18-cv-60788-MARTINEZ/SNOW

SPRINT COMMUNICATIONS, LLC,

     Plaintiff/Counterclaim Defendant,

v.

STEPHEN CALABRESE, as an individual,
NEXTEL, INC. d/b/a NEXTEL
WORLDWIDE, RETROBRANDS USA
LLC, JEFFREY KAPLAN, as an individual,
and NEXTEL MOBILE WORLDWIDE
INC.

     Defendants/Counterclaimants.

Jury Trial Demanded

---

## PLAINTIFF'S TRIAL EXHIBIT LIST

| PRESIDING JUDGE: Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Daniel Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY: James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|---|
| **TRIAL DATE:** April 11-18, 2022 | | | **COURT REPORTER:** Dawn Savino | | **COURTROOM DEPUTY:** Diane Quinn | |
| **PLF. NO.** | **DEF. NO.** | **DATE OFFERED** | **MARKED** | **ADMITTED** | **DESCRIPTION OF EXHIBITS** | |
| 8 | | 4/12 | Yes | Yes | Audio File: Specimen of use for U.S. Reg. No. 5,047,282 (SPR0008422) | |
| 10 | | 4/12 | Yes | Yes | Physical Exhibit: Sonim XP Strike IS box and user guide from Sprint's 2017 Inventory (SPR0000347-SPR0000352) | |
| 13 | | 4/13 | Yes | No | Sprint's Revenue for the Sonim XP Strike IS device from 2013 through 1st Half of 2018 (SPR0002866) | |
| 14 | | 4/13 | Yes | No | Sprint's Units Sold for the Sonim XP Strike IS from 2013 to 2018 (SPR0003778) | |
| 27 | | 4/12 | Yes | Yes | Sprint's Business Enterprise "Battle Card" (SPR0003287-SPR0003288) | |
| 30 | | 4/12 | Yes | Yes | Sprint Direct Connect Plus point-of-sale presentation given at IWCE 2017 (SPR0003732-SPR0003740) | |
| 32 | | 4/12 | Yes | Yes | Photograph of Sprint's 2018 IWCE booth, displaying NEXTEL on table banners (MSJ – Wiley Dec. Ex. 12) | |

| PRESIDING JUDGE:<br>Jose E. Martinez | | PLAINTIFF'S ATTORNEY: Brian<br>Riopelle, Lucy Wheatley, Amanda DeFord,<br>Daniel Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY:<br>James J. Kernell and Wayne H. Schwartz | |
|---|---|---|---|---|---|
| TRIAL DATE:<br>April 11-18, 2022 | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: Diane<br>Quinn | |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 33 | | 4/12 | Yes | Yes | Photographs of Sprint's 2019 IWCE booth displaying NEXTEL on table banner (Images produced at SPR0009639- SPR0009641) |
| 34 | | 4/12 | Yes | Yes | Examples of Online Uses of NEXTEL by Sprint from 2014-2018 (SPR0009205-SPR0009213; SPR0008424-SPR0008425) |
| 38 | | 4/13 | Yes | Yes | Physical Exhibits: Sonim XP Strike IS boxes, user guide, and phone from Sprint 2019 inventory |
| 41A | | 4/12 | Yes | Yes | Physical Exhibit: Sprint Together with NEXTEL banner/signage used at 2018 IWCE (Image produced at SPR0009630) |
| 47 | | 4/12 | Yes | Yes | Example of Online Use of Sprint Chirp Mark (SPR0008426-SPR0008429) |
| 48 | | 4/12 | Yes | Yes | December 2018 screenshot of Google Search results for 'nextel' (Calabrese Depo. Ex. 6) |
| 52 | | 4/12 | Yes | Yes | PowerPoint File Introduced in Native Form: Customer Presentation – LMR Interoperability-SDCPlus_1a1 (Produced as SPR0009642-0009662) |
| 59 | | 4/12 | Yes | Yes | Sprint's 2015 Form 10-K Filing (SPR0002616-SPR0002824) |
| 62 | | 4/12 | Yes | Yes | Nextel Worldwide Financial Balance Sheets (NEXTEL-1022-NEXTEL-1028) |
| 64A | | 4/12 | Yes | Yes | Video File: NEXTEL Super Bowl Commercial (SPR000329) |
| 64B | | 4/12 | Yes | Yes | Video File: Sprint NEXTEL Commercial (SPR000334) |
| 64C | | 4/12 | Yes | Yes | Video File: Sprint NEXTEL Commercial (SPR000331) |
| 67 | | 4/12 | Yes | Yes | September 10, 2018 Screenshots of <nextelmobileworldwide.com> (SPR0003339-SPR0003357; SPR0008103-SPR0008105; SPR0008522-SPR0008524) |
| 69 | | 4/12 | Yes | Yes | March 13, 2018 Screenshots of <nextelworldwide.com> (SPR0000072-SPR0000096) |
| 77 | | 4/12 | Yes | Yes | U.S. Appl. No. 87/774,826, filed by Retrobrands USA LLC to register NEXTEL (SPR0000204-SPR0000210) |
| 78 | | 4/12 | Yes | Yes | March 12, 2018 Office Action Refusing U.S. Appl. No. 87/774,826 (SPR0000211-SPR0000240) |
| 79 | | 4/12 | Yes | Yes | U.S. Appl. No. 88/049,689, filed by Retrobrands USA LLC to register 'chirp' sensory mark (SPR0008406-SPR0008412) |

| PRESIDING JUDGE:<br>Jose E. Martinez | | | PLAINTIFF'S ATTORNEY: Brian<br>Riopelle, Lucy Wheatley, Amanda DeFord,<br>Daniel Rogers, and Claire Eller | | DEFENDANT'S ATTORNEY:<br>James J. Kernell and Wayne H. Schwartz |
|---|---|---|---|---|---|
| TRIAL DATE:<br>April 11-18, 2022 | | | COURT REPORTER: Dawn Savino | | COURTROOM DEPUTY: Diane<br>Quinn |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 80 | | 4/12 | Yes | Yes | February 1, 2019 Office Action Refusing U.S. Appl.<br>No. 88/049,689 |
| 84 | | 4/12 | Yes | Yes | Nextel Worldwide's Product Sheets (SPR0000097-<br>SPR0000110) |
| 86 | | 4/12 | Yes | Yes | February 6, 2018 Press Release titled "Iconic<br>Nextel Communications Brand has Been<br>Relaunched Across America"<br>(SPR0000247) |
| 87 | | 4/12 | Yes | Yes | January 5, 2017 Letter from Stephen Calabrese to<br>Carl Mathis at Power Sales Corporation (NEXTEL-<br>1055) |
| 95 | | 4/12 | Yes | Yes | April 2, 2017 Email from Brian Mancuso to Mike<br>Allen et al., FW: Legal Concern of use of Nextel<br>(SPR0000597-SPR0000600) |
| 96A | | 4/13 | Yes | Yes | Photographs of Defendants at IWCE in 2017 Part 1<br>(SPR0000789) |
| 96B | | 4/13 | Yes | Yes | Photographs of Defendants at IWCE Part 2<br>(SPRI0000602-SPR0000605) |
| 97 | | 4/12 | Yes | Yes | Photograph of Defendants Use of NEXTEL at IWCE<br>in 2019 |
| 99 | | 4/12 | Yes | Yes | April 26, 2017 Cease and Desist Letter from Sprint to<br>Stephen Calabrese and Nextel Worldwide<br>(SPR0000114-SPR0000119) |
| 107 | | 4/12 | Yes | Yes | Nextel Communications Facebook Page<br>(SPR0009536-SPR0009575) |
| 108 | | 4/12 | Yes | Yes | Video File: Nextel Communications Facebook Video<br>(SPR0009576) |
| 110 | | 4/12 | Yes | Yes | October 26, 2017 Email from Nextel Worldwide's<br>Counsel to Sprint, Re: Steven Calabrese<br>(SPR0000257) |
| 111 | | 4/12 | Yes | Yes | February 8, 2018 Email from Nextel Worldwide's<br>Counsel to Sprint, Re: NEXTEL/Calabrese<br>(SPR0000186) |
| 113 | | 4/12 | Yes | Yes | Video File: Defendants' "Nextel Is Back"<br>Advertisement (SPR0008342) |
| 117 | | 4/12 | Yes | Yes | Defendants' Merchandising License Agreement<br>(NEXTEL-1029 to NEXTEL-1047) |
| 125 | | 4/12 | Yes | Yes | Physical Exhibit: CAT s22 Flip Phone (photos<br>produced at SPR0009597-SPR0009604) |
| 126 | | 4/12 | Yes | Yes | Physical Exhibit: CAT S62 SmartPhone (photos<br>produced at SPR0000201-SPR0000203) |
| 135 | | 4/12 | Yes | Yes | Physical Exhibit: Nextel Worldwidephone<br>purchased by Vaudra International (images<br>produced at SPR0009132-SPR0009141) |

| PRESIDING JUDGE:<br>Jose E. Martinez | | | | PLAINTIFF'S ATTORNEY: Brian Riopelle, Lucy Wheatley, Amanda DeFord, Daniel Rogers, and Claire Eller | DEFENDANT'S ATTORNEY:<br>James J. Kernell and Wayne H. Schwartz |
|---|---|---|---|---|---|
| TRIAL DATE:<br>April 11-18, 2022 | | | | COURT REPORTER: Dawn Savino | COURTROOM DEPUTY: Diane Quinn |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| 136 | | 4/12 | Yes | Yes | Screenshot of "Nextel Nostalgic Videos" from URL https://www.nextelmobileworldwide.com/nextel-nostalgic-videos/. (images produced at SPR0003347) |
| 157 | | 4/12 | Yes | Yes | Physical Exhibit: Device produced for inspection, model i450 (Images of device produced at SPR0009631-SPR0009632) |
| 158 | | 4/12 | Yes | Yes | Video File: Nextel Boston Youtube Video (Produced at SPR0009629) |
| 160 | | 4/12 | Yes | Yes | Article – "The Iconic NEXTEL Telecommunications Brand is Spreading Across America; Seeking Investment" (Produced at SPR0009704-SPR0009706) |
| 165 | | 4/12 | Yes | Yes | Physical Exhibit: Certified Copy of Registration for Sprint's NEXTEL Mark, U.S. Reg. No. 1,884,244 (March 2022) |
| 166 | | 4/12 | Yes | Yes | Physical Exhibit: Certified Copy of Registration for the Sprint Chirp Mark, U.S. Reg. No. 5,047,282 (March 2022) |
| 167 | | 4/12 | Yes | Yes | Jeffrey Kaplan Investor Webpage |
| | | 4/14 | Offered for Rebuttal Case | No | Certified Copy of Judgment in a Criminal Case, *U.S.A. v. Stephen Calabrese*, United States District Court for the Northern District of Illinois, Case No. 1:15-cr-00420 |

Dated: April 28, 2022

Respectfully submitted,

*/s/ Daniel B. Rogers*

Daniel B. Rogers (FBN 195634)
E-Mail: drogers@shb.com
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305.358.5171

Sara F. Holladay
Fla. Bar No. 26225
Emily Y. Rottmann
Fla. Bar No. 93154
stobias@mcguirewoods.com
erottmann@mcguirewoods.com
flservice@mcguirewoods.com
clambert@mcguirewoods.com
MCGUIREWOODS LLP
50 North Laura Street, Suite 3300
Jacksonville, Florida  32202
Tel: (904) 798-3200
Fax: (904) 798-3207

*— and —*

Brian C. Riopelle (*admitted pro hac vice*)
Lucy Jewett Wheatley *(admitted pro hac vice)*
Amanda L. DeFord *(admitted pro hac vice)*
Claire Hagan Eller *(admitted pro hac vice)*
briopelle@mcguirewoods.com
lwheatley@mcguirewoods.com
adeford@mcguirewoods.com
celler@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, Virginia 23219
Tel: (804) 775-1000
Fax: (804) 775-1061

*Attorneys and Trial Counsel for Plaintiff Sprint
Communications, LLC*