| | Calabrese-Plaintiff designations | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 9:04 - 9:11 | **Calabrese, Stephen 12-05-2018 (00:00:24)** | Calabrese.1 |
| | 9:4   Q. Good morning, Mr. Calabrese. First question: | |
| | 9:5 How should I pronounce your last name? | |
| | 9:6   A. Calabrese is fine. | |
| | 9:7   Q. Okay. Do you understand that you're here | |
| | 9:8 today to first answer some background questions about | |
| | 9:9 you personally and then to appear as the corporate rep | |
| | 9:10 for Nextel, Inc.? | |
| | 9:11   A. Yes. | |
| 9:12 - 9:24 | **Calabrese, Stephen 12-05-2018 (00:00:42)** | Calabrese.2 |
| | 9:12   Q. To make things less confusing today, when I | |
| | 9:13 am talking about Nextel, Inc., I am going to refer to it | |
| | 9:14 as NW; does that make sense? | |
| | 9:15   A. Yes. | |
| | 9:16   Q. And then when I'm talking about Sprint, I'll | |
| | 9:17 say Sprint, and Sprint would also encompass Nextel, the | |
| | 9:18 company that merged into Sprint; does that make sense? | |
| | 9:19   A. Yes. | |
| | 9:20   Q. And then when I'm talking about Retrobrands, | |
| | 9:21 I'll -- Retrobrands -- I'll say Retrobrands. When I'm | |
| | 9:22 talking about Nextel Mobile Worldwide, I will say Nextel | |
| | 9:23 Mobile or Nextel Mobile Worldwide. | |
| | 9:24   A. Yes. | |
| 10:20 - 11:19 | **Calabrese, Stephen 12-05-2018 (00:01:12)** | Calabrese.3 |
| | 10:20   Q. Are you a resident of Florida, Mr. Calabrese? | |
| | 10:21   A. Yes. | |
| | 10:22   Q. Where specifically? | |
| | 10:23   A. 604 Boca Marina Court. | |
| | 10:24   Q. Is that your primary residence? | |
| | 10:25   A. No. | |
| | 11:1 S. CALABRESE | |
| | 11:2   Q. What is the address you just gave me? | |
| | 11:3   A. It's where I keep some things, and I stay | |
| | 11:4 closer to the office within Fort Lauderdale during the | |
| | 11:5 week. | |
| | 11:6   Q. What is your other address? | |
| | 11:7   A. 600 South Dixie Highway, Apartment 836, West | |
| | 11:8 Palm Beach, Florida 33401. | |
| | 11:9   Q. Okay. Is the South Dixie Highway address | |
| | 11:10 your primary residence? | |

| | Calabrese-Plaintiff designations | |
|---|---|---|
| Page/Line | Source | ID |
| | 11:11   A. You could say that, you know, it's where I | |
| | 11:12 keep most of my stuff. | |
| | 11:13   Q. Which of those two addresses is your primary | |
| | 11:14 residence? | |
| | 11:15   A. Neither. I don't really have a primary | |
| | 11:16 residence. I work on the road and pretty much -- I | |
| | 11:17 mean, my family owns a lot of different places. So I'll | |
| | 11:18 stay wherever I'm closer to with driving and traffic, | |
| | 11:19 that kind of stuff. | |
| 33:21 - 33:22 | **Calabrese, Stephen 12-05-2018 (00:00:09)** | **Calabrese.4** |
| | 33:21   Q. But it was your idea to use Nextel; correct? | |
| | 33:22   A. Yes. I mean, I -- I -- yes. | |
| 38:19 - 39:07 | **Calabrese, Stephen 12-05-2018 (00:00:28)** | **Calabrese.5** |
| | 38:19   Q. Well, I'm trying to understand. Do you have | |
| | 38:20 your own wireless network, Mr. Calabrese? | |
| | 38:21   A. No. | |
| | 38:22   Q. Does NW have its own wireless network? | |
| | 38:23   A. No. | |
| | 38:24   Q. So where do you get the service for the | |
| | 38:25 devices on the table? | |
| | 39:1 S. CALABRESE | |
| | 39:2   A. I buy the SIM cards at Walmart. | |
| | 39:3   Q. So the services you sell in connection with | |
| | 39:4 those devices are SIM cards from Walmart? | |
| | 39:5   A. Not necessarily, but that's -- you know, | |
| | 39:6 that's an example of where you can get service for | |
| | 39:7 these. | |
| 40:17 - 40:21 | **Calabrese, Stephen 12-05-2018 (00:00:09)** | **Calabrese.6** |
| | 40:17   Q. So you -- so NW does not, in fact, have its | |
| | 40:18 own wireless network or -- | |
| | 40:19   A. No. | |
| | 40:20   Q. -- create any sort of wireless services? | |
| | 40:21   A. No. | |
| 45:05 - 46:25 | **Calabrese, Stephen 12-05-2018 (00:02:27)** | **Calabrese.7** |
| | 45:5   Q. Those devices say Nextel on them; correct? | |
| | 45:6   A. They say it, yes. | |
| | 45:7   Q. How did the Nextel get on those devices? | |
| | 45:8   A. Well, we -- they put -- the people who make | |
| | 45:9 the devices put a sticker on it that says Nextel. | |
| | 45:10   Q. And who made those devices? | |

| Page/Line | Source | ID |
|---|---|---|

Calabrese-Plaintiff designations

45:11   A. I mean, I'm not -- they have really long
45:12 Chinese names, but we submitted a list of our -- of
45:13 our -- of our vendors. I don't know their exact names.
45:14 They -- you know, so everybody buys these from different
45:15 places just like anybody could buy a -- an iPhone from
45:16 different places, you know. It just -- one says a
45:17 different carrier name on the back than the other.
45:18   Q. So do you order these devices from a specific
45:19 manufacturer?
45:20   A. No. There's lots of manufacturers.
45:21   Q. How do you get these device, Mr. Calabrese?
45:22 How does NW get these devices that are branded Nextel?
45:23   A. We order them from the different vendors that
45:24 we submitted.
45:25   Q. And how did you find those vendors?
46:1 S. CALABRESE
46:2   A. Well, at the -- at the trade show.
46:3   Q. What trade show?
46:4   A. The one that you reference in -- in your
46:5 documents.
46:6   Q. Are you referring to IWCE?
46:7   A. Correct.
46:8   Q. Didn't you --
46:9   A. The manufacturers have booths there so that
46:10 people can do business with them.
46:11   Q. So tell me how you got in touch with the
46:12 manufacturers at the trade show and what year trade show
46:13 you're just referring to.
46:14   A. Well, in -- in 2015, 2016, I saw the -- the
46:15 booth for different vendors with this technology, and I
46:16 said that that's a really cool technology. So I -- I
46:17 just -- you know, I met them. That's how I got in touch
46:18 with them. I visited their booth at the trade show.
46:19   Q. And what vendor's booth did you visit at the
46:20 trade show?
46:21   A. Maybe there's eight or nine of them. I mean,
46:22 they have -- like I said, they have strange names that
46:23 aren't, you know, rememberable. They're just, you know,
46:24 Quan Dow Technology Go (phonetic). The -- you know,
46:25 it's nothing that us westerners would ever remember.

| | Calabrese-Plaintiff designations | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 49:06 - 49:09 | **Calabrese, Stephen 12-05-2018 (00:00:13)**<br>49:6   Q. All right. So NW instructs the vendor to<br>49:7 affix the Nextel brand to certain devices, and they send<br>49:8 you the devices with the brand affixed; is that correct?<br>49:9   A. Yes. | **Calabrese.8** |
| 50:15 - 50:20 | **Calabrese, Stephen 12-05-2018 (00:00:14)**<br>50:15   Q. I'll rephrase. Is Quanzhou Sam Radios<br>50:16 Limited a vendor that manufacturers Nextel devices for<br>50:17 NW?<br>50:18   A. No. They -- they affix the Nextel brand on<br>50:19 the devices they already manufacture. But, yes, they're<br>50:20 a vendor. | **Calabrese.9** |
| 51:25 - 52:05 | **Calabrese, Stephen 12-05-2018 (00:00:16)**<br>51:25   Q. To your knowledge -- and to your knowledge,<br>52:1 S. CALABRESE<br>52:2 NW is the -- is the only company that the vendor sells<br>52:3 Nextel branded items to?<br>52:4   A. Well, dealing with the Chinese, you can never<br>52:5 be sure but as far as I know. | **Calabrese.10** |
| 52:09 - 52:18 | **Calabrese, Stephen 12-05-2018 (00:00:28)**<br>52:9   Q. And getting back to Quanzhou Sam Radios<br>52:10 Limited. Is that one of your vendors?<br>52:11   A. Sounds like it, yeah.<br>52:12   Q. And how about Quanzhou Sin Hiushan (phonetic)<br>52:13 Electronic Technology Co Limited?<br>52:14   A. Yes, I believe so.<br>52:15   Q. Okay. And what about Quanzhou Tesunho<br>52:16 Electronics Co Limited?<br>52:17   A. Yes. Those sound like the folks that I met<br>52:18 at the trade show, the IWC trade show, that I recall. | **Calabrese.11** |
| 54:17 - 54:25 | **Calabrese, Stephen 12-05-2018 (00:00:28)**<br>54:17   Q. Can you give me -- about how many Nextel<br>54:18 branded devices in terms of number of units has NW<br>54:19 purchased from vendors?<br>54:20   A. I can't recall an exact number. It would be<br>54:21 in the hundreds.<br>54:22   Q. In the hundreds of devices?<br>54:23   A. Right.<br>54:24   Q. Total?<br>54:25   A. Total, yeah. We sold probably a few hundred. | **Calabrese.12** |

| Page/Line | Source | ID |
|---|---|---|
| | **Calabrese-Plaintiff designations** | |
| 58:16 - 58:18 | **Calabrese, Stephen 12-05-2018 (00:00:08)** | Calabrese.13 |
| | 58:16   Q. You made the decision to apply the Nextel | |
| | 58:17 brand to the devices that NW sells; correct? | |
| | 58:18   A. Yes. | |
| 62:03 - 62:07 | **Calabrese, Stephen 12-05-2018 (00:00:17)** | Calabrese.14 |
| | 62:3   Q. Who created the website nextelworldwide.com? | |
| | 62:4   A. I did. | |
| | 62:5   Q. Okay. Did anyone else assist with the | |
| | 62:6 creation of the website nextelworldwide.com? | |
| | 62:7   A. No. | |
| 70:25 - 71:04 | **Calabrese, Stephen 12-05-2018 (00:00:15)** | Calabrese.15 |
| | 70:25   Q. What is Mr. Kaplan's current relationship to | |
| | 71:1 S. CALABRESE | |
| | 71:2 NW? | |
| | 71:3   A. Oh, he's a licenser. I'm a licensee of the | |
| | 71:4 Nextel trade brand. Nextel, Inc., is a licensee. | |
| 80:02 - 80:08 | **Calabrese, Stephen 12-05-2018 (00:00:24)** | Calabrese.16 |
| | 80:2   Q. Is Retrobrands paying NW's legal fees in this | |
| | 80:3 action? | |
| | 80:4   A. Yes. | |
| | 80:5   Q. Is Retrobrands paying -- to the extent they | |
| | 80:6 are separate, is Retrobrands paying you, | |
| | 80:7 Stephen Calabrese's legal fees in this action? | |
| | 80:8   A. Yes. | |
| 94:22 - 94:25 | **Calabrese, Stephen 12-05-2018 (00:00:09)** | Calabrese.17 |
| | 94:22   Q. Would you consider Nextel a famous brand? | |
| | 94:23   A. What do you mean by 'famous'? | |
| | 94:24   Q. Well-known. | |
| | 94:25   A. Yes. | |
| 98:03 - 98:21 | **Calabrese, Stephen 12-05-2018 (00:00:49)** | Calabrese.18 |
| | 98:3   Q. When do you believe the iDEN network shut | |
| | 98:4 down? | |
| | 98:5   A. On June -- June 30th, 2013. | |
| | 98:6   Q. And after that, did Sprint sell any devices | |
| | 98:7 that were branded Nextel? | |
| | 98:8   A. I mean, you'd have to ask Sprint that. | |
| | 98:9 I -- I don't know if -- I mean, they could have sold | |
| | 98:10 something. I don't know. I mean, they could have sold | |
| | 98:11 some leftovers. I mean, it's not my business, you know. | |
| | 98:12 I know that they publicly took down the network and | |

Our Designations

| Page/Line | Source | ID |
|---|---|---|
| | **Calabrese-Plaintiff designations** | |
| | 98:13 stopped providing services on that date. The network<br>98:14 was shut off. I mean, did they --<br>98:15   Q. Okay. But you do not know whether Sprint<br>98:16 continued to sell devices that were branded Nextel that<br>98:17 were not connected to the iDEN network?<br>98:18   A. I -- I -- I do not know. It's possible.<br>98:19 It's probable really because you couldn't have a Nextel<br>98:20 device with iDEN, you know, operating if it didn't have<br>98:21 a network to go on. | |
| 103:25 - 104:04 | **Calabrese, Stephen 12-05-2018 (00:00:09)**<br>103:25   Q. But -- so you have no personal knowledge of<br>104:1 S. Calabrese<br>104:2 whether or not Sprint has used the Nextel mark in the<br>104:3 last three years?<br>104:4   A. No. | **Calabrese.19** |
| 111:20 - 111:22 | **Calabrese, Stephen 12-05-2018 (00:00:03)**<br>111:20 MS. WHEATLEY:  Can we mark this as Exhibit 6?<br>111:21 (Plaintiff's Exhibit 6 was marked for<br>111:22 identification.) | **Calabrese.20**<br><br>48.1 |
| 111:23 - 113:10 | **Calabrese, Stephen 12-05-2018 (00:01:31)**<br>111:23 THE WITNESS:  Thank you.<br>111:24 BY MS. WHEATLEY:<br>111:25   Q. So, Mr. Calabrese, did you perform a Google<br>112:1 S. Calabrese<br>112:2 search for Nextel when you were trying to determine if<br>112:3 Sprint was still using the Nextel mark?<br>112:4   A. Yes.<br>112:5   Q. And did you get results that looked like<br>112:6 this --<br>112:7   A. Yes.<br>112:8   Q. -- picture on Exhibit A --<br>112:9   A. Uh-huh.<br>112:10   Q. -- 8?<br>112:11   A. Uh-huh. In fact, I do -- I remember this<br>112:12 exact result.<br>112:13   Q. Okay. And if you could turn to the next<br>112:14 page, it shows the second result.<br>112:15   A. Yes.<br>112:16   Q. And do you see the word 'Nextel' on that<br>112:17 page? | **Calabrese.21**<br><br><br><br><br><br><br><br><br><br><br><br>48.3<br><br><br>48.3.1 |

| Page/Line | Source | ID |
|---|---|---|
| | **Calabrese-Plaintiff designations** | |
| | 112:18   A. The third page or the second page? | |
| | 112:19   Q. Oh, I'm sorry. The third page. | |
| | 112:20   A. Right. Yes. And I -- I did, and I -- and | |
| | 112:21 this is the exact thing I arrived at, and when I clicked | |
| | 112:22 on it, it took me to a thing which didn't have Nextel | |
| | 112:23 product anymore. It was, like, an old page. You know, | |
| | 112:24 like -- like, for instance, the -- the phone I see at | |
| | 112:25 the top right there, it wasn't available for purchase, | |
| | 113:1 S. Calabrese | |
| | 113:2 that model. And, like, it showed the old iDEN phone | |
| | 113:3 still. So when I clicked on it, it took me to a new | |
| | 113:4 page with all the smartphones on the app. | |
| | 113:5   Q. And this phone you see at the top, what phone | |
| | 113:6 is that? | |
| | 113:7   A. I'm not -- I'm not sure what the model is, | |
| | 113:8 but it's -- it's like -- it's -- it's not the iDEN | |
| | 113:9 phone. It's -- it's the one that's on the Sprint PCS, | |
| | 113:10 you know, CDMA network. | |
| 161:24 - 162:02 | **Calabrese, Stephen 12-05-2018 (00:00:05)** | **Calabrese.22** |
| | 161:24   Q. Do you use Kodiak technology to provide push | clear |
| | 161:25 to talk? | |
| | 162:1 ATTORNEYS EYES ONLY - S. Calabrese | |
| | 162:2   A. No. | |
| 196:17 - 196:21 | **Calabrese, Stephen 12-05-2018 (00:00:26)** | **Calabrese.23** |
| | 196:17   Q. At IWC2017 did anyone ask you or any other NW | |
| | 196:18 employee how NW was related to the original Nextel? | |
| | 196:19   A. People definitely did, but I don't recall who | |
| | 196:20 it was because there was a lot -- many thousands of | |
| | 196:21 people there. | |
| 213:17 - 214:10 | **Calabrese, Stephen 12-05-2018 (00:00:56)** | **Calabrese.24** |
| | 213:17   Q. Mr. Calabrese, this Exhibit 21, do you | 87.1 |
| | 213:18 recognize this document? | |
| | 213:19   A. I -- I -- I -- I do recognize this document. | |
| | 213:20 Not as a current document, but I do recognize this. I | |
| | 213:21 do recollect the document. | |
| | 213:22   Q. Okay. So this document marked Nextel 1055, | |
| | 213:23 is this a letter that you drafted? | |
| | 213:24   A. Yes. | |
| | 213:25   Q. Was this letter ever sent? | |
| | 214:1 ATTORNEYS EYES ONLY - S. Calabrese | |

Our Designations

### Calabrese-Plaintiff designations

| Page/Line | Source | ID |
|---|---|---|
| | 214:2   A. It was sent, and when -- when I -- we signed  
214:3 up our manufacturers reps being -- this one being Power  
214:4 Sales, it was sent with their demo equipment  
214:5 like -- like a welcome letter. So it was sent -- it  
214:6 wasn't sent -- you know, it was sent in conjunction with  
214:7 one of these. I'm not sure.  
214:8   Q. And so the purpose of this letter was to  
214:9 welcome a manufacturer's rep essentially?  
214:10   A. Yes. | |
| 234:05 - 234:12 | **Calabrese, Stephen 12-05-2018 (00:00:25)**  
234:5   Q. Mr. Calabrese, can you tell me generally who  
234:6 are the end users for NW's Nextel product?  
234:7   A. To be brief -- I mean, mostly transportation,  
234:8 security, hospitality. Transportation is a big one  
234:9 because these people don't -- they don't want them to  
234:10 use their cell phones and driving. So mostly those  
234:11 three industries, but it could be anybody that wants a  
234:12 walkie-talkie. | **Calabrese.25**  
clear |
| 237:06 - 237:18 | **Calabrese, Stephen 12-05-2018 (00:00:36)**  
237:6   Q. Mr. Calabrese, do you recognize the document  
237:7 marked as Exhibit 26 and stamped on the bottom with  
237:8 Nextel 1022?  
237:9   A. I've -- I've never seen it, but I recognize  
237:10 it, yes.  
237:11   Q. And what is this document?  
237:12   A. It's a balance sheet.  
237:13   Q. Is this NW's balance sheet?  
237:14   A. Yes.  
237:15   Q. Does this look accurate to you?  
237:16   A. Yes. It looks accurate. I mean, we rely  
237:17 on -- on the -- somebody to help us keep it accurate.  
237:18 So I would think it's accurate. | **Calabrese.26**  
62.1 |
| 278:15 - 278:18 | **Calabrese, Stephen 12-05-2018 (00:00:11)**  
278:15   Q. All right. Mr. Calabrese, do you recall  
278:16 receiving this letter that I've handed to you marked as  
278:17 Exhibit 27 with SPR114 on the bottom?  
278:18   A. Yes. | **Calabrese.27**  
99.1 |
| 278:25 - 279:07 | **Calabrese, Stephen 12-05-2018 (00:00:17)**  
278:25   Q. And did you -- what did you do in response to  
279:1 ATTORNEYS EYES ONLY - S. Calabrese | **Calabrese.28** |

Our Designations

| Page/Line | Source | ID |
|---|---|---|
| | **Calabrese-Plaintiff designations** | |
| | 279:2 this letter? | |
| | 279:3   A. I pretty much just, like, shook my head at | |
| | 279:4 it. | |
| | 279:5   Q. So did you do anything in response to this | |
| | 279:6 letter? | |
| | 279:7   A. Not that I can recall. | |
| 286:16 - 286:17 | **Calabrese, Stephen 12-05-2018 (00:00:06)** | Calabrese.29 |
| | 286:16   Q. Okay. | |
| | 286:17 MS. WHEATLEY:  Mark this as 30. | 110.1 |
| 286:18 - 286:20 | **Calabrese, Stephen 12-05-2018 (00:00:03)** | Calabrese.30 |
| | 286:18 (Plaintiff's Exhibit 30 was marked for | |
| | 286:19 identification.) | |
| | 286:20 THE WITNESS:  Thank you. | |
| 286:22 - 287:03 | **Calabrese, Stephen 12-05-2018 (00:00:18)** | Calabrese.31 |
| | 286:22   Q. Okay. Mr. Calabrese, the exhibit marked as | |
| | 286:23 Exhibit 30 that's marked SPR257 at the bottom, do you | |
| | 286:24 see the cc line where it says Stephen Calabrese? | |
| | 286:25   A. Yes. | |
| | 287:1 S. Calabrese | |
| | 287:2   Q. And did you receive this email? | |
| | 287:3   A. Most likely, yes. | |
| 292:02 - 292:05 | **Calabrese, Stephen 12-05-2018 (00:00:14)** | Calabrese.32 |
| | 292:2 MS. WHEATLEY:  Can we mark this as 31? | 111.1 |
| | 292:3 (Plaintiff's Exhibit 31 was marked for | |
| | 292:4 identification.) | |
| | 292:5 THE WITNESS:  Thank you. | |
| 292:07 - 292:21 | **Calabrese, Stephen 12-05-2018 (00:00:50)** | Calabrese.33 |
| | 292:7   Q. Mr. Calabrese, the email marked as | |
| | 292:8 Exhibit 31, it's SPR186. | |
| | 292:9   A. Uh-huh. | |
| | 292:10   Q. Did you receive this email? | |
| | 292:11   A. It looks like I did, yes. | |
| | 292:12   Q. And this email was sent on February 8th, | |
| | 292:13 2018; is that correct? | |
| | 292:14   A. Yes. | |
| | 292:15   Q. Was Mr. Rubin representing you at the time | |
| | 292:16 this email was sent? | |
| | 292:17   A. Yes. | |
| | 292:18   Q. Do you disagree with anything that Mr. Rubin | |
| | 292:19 said in this email? | |

| Page/Line | Source | ID |
|---|---|---|
| | 292:20   A. For the -- at the time period of February | |
| | 292:21 8th, yeah, I do not disagree with any of it. | |

**Calabrese-Plaintiff designations**

Our Designations = 00:15:23

**Total Time = 00:15:23**

**Documents Shown**
110
111
48
62
87
99