IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-60788-CIV-MARTINEZ-SNOW

Sprint Communications, LLC,

    Plaintiff/Counterclaim Defendant,

v.

Stephen Calabrese, as an individual,
Nextel, Inc., d/b/a Nextel Worldwide,
Retrobrands USA LLC,
Jeffrey Kaplan, as an individual, and
Nextel Mobile Worldwide Inc.,

    Defendants/Counterclaim Plaintiffs.
_____/

## DEFENDANTS' NOTICE OF FILING

Defendants/Counterclaim Plaintiffs Stephen Calabrese, Nextel, Inc. d/b/a Nextel Worldwide, Retrobrands USA LLC, Jeffrey Kaplan and Nextel Mobile Worldwide, Inc. ("Defendants"), by their undersigned counsel, hereby file certain deposition designations (transcript excerpts) of Brian Mancuso to correspond with the reading of deposition testimony presented to the jury on April 12, 2022 (Transcript of Jury Trial, Volume 2; pg. 147, lines 22-23). The copy of the transcript excerpts read was to be submitted for the purpose of the record. (Transcript of Jury Trial, Volume 2; pg. 147, lines 5-9).

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

CASE NO.:  18-60788-CIV-MARTINEZ-SNOW

Dated: June 23, 2022                                             Respectfully submitted,

*/s/ Wayne H. Schwartz*
Wayne H. Schwartz, Bar No. 907390
LEE & AMTZIS, P.L.
5550 Glades Road, Suite 401
Boca Raton, Florida 33431
Telephone:  561-981-9988
Email:  schwartz@leeamlaw.com

James J. Kernell (*pro hac vice*)
Kyle D. Donnelly (*pro hac vice*)
AVEK IP, LLC
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone:  913-549-4700
Email:  jjk@kcpatentlaw.com
           kdd@kcpatentlaw.com

*Attorneys for Defendants/Counterclaim Plaintiffs Stephen Calabrese, Nextel, Inc. d/b/a Nextel Worldwide, Retrobrands USA LLC, Jeffrey Kaplan and Nextel Mobile Worldwide Inc.*

CASE NO.: 18-60788-CIV-MARTINEZ-SNOW

**SERVICE LIST**

*Attorneys for Plaintiff/Counterclaim Defendant*
*SPRINT COMMUNICATIONS, LLC*

McGuire Woods LLP
Sara F. Holladay-Tobias, Esq.
stobias@mcguirewoods.com
flservice@mcguirewoods.com
Emily Yandle Rottmann, Esq.
erottmann@mcguirewoods.com
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202

McGuire Woods LLP
Amanda L. DeFord, Esq.
adeford@mcguirewoods.com
Lucy J. Wheatley, Esq.
lwheatley@mcguirewoods.com
Brian Riopelle, Esq.
briopelle@mcguirewoods.com
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219

Shook, Hardy & Bacon L.L.P.
Daniel B. Rogers
drogers@shb.com
Citigroup Center, Suite 3200
201 South Biscayne Boulevard
Miami, Florida 33131

*Co-Counsel for Defendants/Counterclaim Plaintiffs*
*STEPHEN CALABRESE, NEXTEL, INC. d/b/a*
*NEXTEL WORLDWIDE, RETROBRANDS USA LLC,*
*JEFFREY KAPLAN and NEXTEL MOBILE WORLDWIDE, INC.*

James J. Kernell (*pro hac vice*)
jjk@kcpatentlaw.com
Kyle D. Donnelly (*pro hac vice*)
kdd@kcpatentlaw.com
AVEK IP, LLC
8900 State Line Road, Suite 500
Leawood, Kansas 66206

LEE & AMTZIS, P.L.
ATTORNEYS AT LAW

3

CASE NO.:  18-60788-CIV-MARTINEZ-SNOW

*Appellate Counsel for Defendants*
*NEXTEL, INC. d/b/a*
*NEXTEL WORLDWIDE, RETROBRANDS USA LLC,*
*JEFFREY KAPLAN and NEXTEL MOBILE WORLDWIDE, INC.*

Easley Appellate Practice PLLC
Dorothy F. Easley, Esq.
administration@easleyappellate.com
admin2@easleyappellate.com
1200 Brickell Ave., Ste. 1950
Miami, FL  33131