1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                       FT. LAUDERDALE DIVISION

3


4    SPRINT COMMUNICATIONS, INC.,         )
                                          )
5      Plaintiff/Counterclaim-Defendant,)
                                          )
6                 vs.                     )CASE No.
                                          )0:18-cv-60788-
7    STEPHEN CALABRESE, AS AN             )MARTINEZ/SNOW
     INDIVIDUAL, NEXTEL, INC., D/B/A      )
8    NEXTEL WORLDWIDE, RETROBRANDS USA, )
     LLC, NEXTEL MOBILE WORLDWIDE, INC.,)
9    AND JEFFREY KAPLAN, AS AN            )
     INDIVIDUAL,                          )
10                                        )
             Defendant/Counterclaimants.)
11

12

13

14

15              DEPOSITION OF BRIAN A. MANCUSO

16           TAKEN ON BEHALF OF THE DEFENDANTS

17                  JANUARY 29TH, 2019

18

19

20

21

22

23

24

25

6

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15          Q.      Good afternoon, Mr. Mancuso.  Would
16    you please state your full name for the record?
17          A.      Brian Anthony Mancuso.
18
19
20
21
22
23
24
25
```

[1/29/2019] Mancuso Deposition

16

1

2

3

4

5

6

7

8

9

10

11

12          Q.      And you've been working for Sprint

13   since August of 2016, is that correct?

14          A.      Yes, sir.

15          Q.      Now you also are a part-time LEO

16   Certified Deputy Sheriff, is that correct?

17          A.      Correct.

18          Q.      And what does LEO stand for?

19          A.      Law enforcement officer.

20

21

22

23

24

25

18

20    Q.    Do you have any training in quality

21    assurance?

22         A.    No.

24         Q.    (By Mr. Kernell) Do you have any

25    training in quality control?

19

1

2          A.     No.

3          Q.     (By Mr. Kernell)  Do you have any

4   certification training?

5

6          A.     Again in what?

7          Q.     (By Mr. Kernell) For instance, a UL

8   mark, it's a certification for UL, do you have any

9   training in any certifications?

10         A.     No.

11         Q.     Do you have any training in standards?

12

13         A.     No.

14

15

16

17

18

19         Q.     Criminal.  Do you have any legal

20   training in civil matters?

21         A.     No.

22         Q.     Have you had any formal training or

23   education in trademark law?

24         A.     No, sir.

25         Q.     Have you taken any training classes or

20

1    education in trademark law?

2         A.       No, sir.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

22

8          Q.      (By Mr. Kernell) So it's on-the-job

9    training?

10         A.      Yes, sir.

11         Q.      You haven't had any formal technical

12   training?

13         A.      No, sir.

14

15

16         Q.      (By Mr. Kernell) Let me hand you what

17   I have marked as Exhibit 131.  Do you recognize this

18   exhibit?

19         A.      Yes, sir.

20         Q.      What is it?

21         A.      It's the Declaration.

22         Q.      This is your Declaration?

23         A.      Yes, sir.

24

25

23

5   Q.     Did you prepare your declaration?

6   A.     You mean did I type all that up or --

7   Q.     Yes.

8   A.     I worked with our Sprint legal team.

9   Q.     Who in the legal team did you work

10   with to prepare your declaration?

11   A.    I don't remember the exact person.  It

12   might have been Jobe.  I'm not sure.

13   Q.     Melissa Jobe?

14   A.     Yes.

24   Q.     Did you make any changes to the draft

25   that you were presented with?

24

1          A.      No.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

25

1

2          Q.     Were all the statements in your

3     Declaration accurate and absolutely true when you

4     signed the declaration on April 12th, 2018?

5          A.     Yes.

6          Q.     Are all the statements in your

7     Declaration accurate and absolutely true today?

8          A.     Yes.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

49

Q.

Why did you attend the IWCE conference
in 2017?

A.     I go to the law enforcement shows
particularly.

Q.     Are the IWCE conferences law
enforcement shows?

A.     They are usually emergency
communications.



50

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21        Q.        Now the IWCE, is it always in March?

22        A.        Typically, yes.

23        Q.        That time of the year?

24        A.        Yes.

25        Q.        Are you planning to attend the IWCE

51

1    conference in 2019?

2            A.     I'm working on it.  I placed a funding

3    request, but nothing has been approved yet.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

57

1

2

3

4

5

6

7

8

9

10

11          Q.     (By Mr. Kernell) What is your role

12     when you attended the IWCE conference in 2017?

13          A.     Answer customers questions about our

14     products and if we had things demonstrated like our

15     Push-To-Talk solution for LMR, that's for land mobile

16     radio, and talk to them about the Sprint network.

17          Q.     Anything else?

18          A.     No.

19

20

21

22

23

24

25

60

1          Q.     (By Mr. Kernell) At the 2017 IWCE

2     conference, at some point you were browsing through

3     vendors' tables and came across a Nextel booth, is

4     that correct?

5          A.     Correct.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          Q.     You said that you noticed an

21     individual with a name tag Stephen Calabrese.  Do you

22     recall that?

23          A.     Yes.

24          Q.     Did you talk to Mr. Calabrese?

25          A.     I believe that's who -- I'm not sure,

61

1          I think that's who it was.

2                Q.    Is that the name you recall or you're

3     not sure if that's --

4                A.    They either told me that's who owned

5     it or that's the name that was on there.

6                Q.    On there, what do you mean by "on

7     there"?

8                A.    On the name tag.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

62

1          (Exhibit 134 was marked for

2     identification by the reporter.)

3          Q.     (By Mr. Kernell) I hand you Exhibit

4     134.  Let's look at the -- do you recognize these

5     handsets shown in Exhibit 134?

6          A.     Any of them or all of them or what do

7     you mean?

8          Q.     Some.  In general, do you recognize

9     any of them?

10          A.     They look like they were ones that

11     were being displayed.

75

9     Q.     When you said that at the Nextel booth

10  they had the Nextel mark that was Sprint's.  Are you

11  referring to the banner that was in the Nextel booth

12  at the IWCE 2017 conference?

13     A.     Yes.  I didn't sit there and go

14  through all their equipment with them.

15     Q.     Did you see -- you saw some equipment

16  that also had the Nextel mark on it at the Nextel

17  booth at the IWCE 2017, correct?

18     A.     At the '17?

19     Q.     Yes.

20     A.     I saw devises on their table.

21     Q.     Did they have the yellow and black

22  Nextel mark on their devices?

23     A.     I didn't look that closely to be

24  honest.

25     Q.     Did you see any devices at the 2018

76

1    IWCE conference that had the Nextel yellow and black

2    logo on it?

3              A.    The boxes from what I say were marked

4    -- looked like our boxes by the color, the yellow and

5    black color and said Nextel.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

85

1

2

3

4

5

6

7

8          Q.       After the 2017 IWCE conference, what

9     did you do?

10          A.     I forwarded an e-mail to my bosses

11    stating what I had saw, somebody was using the Nextel

12    name and what they were doing; sent them pictures.

13                   (Exhibit 135 was marked for

14    identification by the reporter.)

15          Q.     (By Mr. Kernell) I've handed you what

16    is marked as Exhibit 135.  Is this the e-mail that

17    you were just referring to?

18          A.     Yes.

19          Q.      And in this e-mail it states "At IWCE

20    I observed a booth using and flying the Nextel name

21    and banner and appears to be in direct competition as

22    a PTT company.  People were confused about it, asking

23    us."  What did you mean by that?

24          A.      People came to our booth asking about

25    what was the deal?

86

1        Q.     About how many people came to your

2   booth?

3        A.     At '17?

4        Q.     Yes.

5        A.     A few.

6        Q.     How many is a few, five?

7        A.     Less than ten.

8        Q.     And what did they say?

9        A.     They were just asking -- they were

10  confused and saying do you guys have two booths here?

11  Some people were saying like are you guys starting --

12  are you doing something different with Nextel?  They

13  were just asking what's the deal?  They were just

14  confused because they saw -- they knew it was Sprint

15  Nextel.  They didn't understand why we were

16  separated.

17

18

19

20

21

22

23

24

25

107

19      Q.      How did these six to ten attendees

20   suggest that they believed that the NW Nextel branded

21   products or services were affiliated with Sprint at

22   the 2017 IWCE conference?

23      A.      They were confused by the name, the

24   banner and the name, and knew that was us.

25

109

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17        Q.    Now in paragraph 17 you state that

18   "Similarly during the IWCE 2018 show, at least two

19   attendees approached me expressing confusion

20   regarding the relationship between Sprint on the one

21   hand and the NW entities booth and counterfeit and

22   Nextel products, materials and services offered by

23   defendants on the other hand."  Do you see that?

24        A.    Yes.

25        Q.    So there were only two attendees that
```

110

1    approached you at the 2018 Sprint booth?

2

3         A.        I just remember the person said, well,

4    do I deal with you guys or do I deal with those guys?

5    That's what I kind of meant by on one hand or the

6    other.   That's what they were doing, do I deal with

7    you guys or those guys?

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25