UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 18-60788-CIV-MARTINEZ-VALLE

SPRINT COMMUNICATIONS, LLC,

    Plaintiff,

v.

STEPHEN CALABRESE *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, for a Report and Recommendation ("R&R") on : (i) Plaintiff's Initial Motion for an Award of Nontaxable Costs and Attorneys' Fees, (ECF No. 346); (ii) Plaintiff's Renewed Motion for Taxable Costs Pursuant to 28 U.S.C. § 1920, (ECF No. 400); and (iii) Plaintiff's Amended Motion for an Award of Attorneys' Fees and Nontaxable Costs, (ECF Nos. 401, 405) (collectively, the "Motions"), (ECF No. 410). Judge Valle filed an R&R on the Motions. (ECF No. 413). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Judge Valle's R&R, (ECF No. 413), is **AFFIRMED** and **ADOPTED**.

2. Plaintiff's Motion for an Award of Nontaxable Costs and Attorneys' Fees, (ECF No. 346), is **DENIED AS MOOT**.

3. Plaintiff's redacted Amended Motion for an Award of Attorneys' Fees and Nontaxable Costs, (ECF No. 401), is **DENIED AS DUPLICATIVE** of ECF No. 405.

4. Plaintiff's Renewed Motion for Taxable Costs, (ECF No. 400), is **GRANTED**. Plaintiff is

awarded $18,216.25 in taxable costs against all Defendants pursuant to 28 U.S.C. § 1920.

5. Plaintiff's Amended Motion for an Award of Attorneys' Fees and Nontaxable Costs, (ECF No. 405), is **GRANTED IN PART AND DENIED IN PART**. Specifically, Plaintiff is awarded:

   a. $2,388,881.40 in attorneys' fees against all Defendants for the proceedings before the District Court, reflecting a 5% overall reduction of the requested fees;

   b. $319,667.98 in attorneys' fees against the Retrobrands Defendants for the appellate proceedings before the Eleventh Circuit; and

   c. $22,381.71 in nontaxable costs against all Defendants for costs incurred before the District Court.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of March 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Valle
All Counsel of Record